# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAVID FLUERY, individually and on behalf of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, <br><br> Defendant. | Case No. 1:20-cv-00390 <br><br> Hon. Jorge L. Alonso |

### DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Union Pacific Railroad Company ("Union Pacific"), respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12, for an order dismissing Plaintiff's Complaint with prejudice and entering judgment in favor of Union Pacific. A memorandum in support of this motion is being filed contemporaneously herewith.

Dated: March 6, 2020

Respectfully submitted,

**UNION PACIFIC RAILROAD COMPANY**

By: /s/ *Melissa A. Siebert*
One of Its Attorneys

Melissa A. Siebert (masiebert@shb.com)
Amy Y. Cho (acho@shb.com)
Jonathon M. Studer (jstuder@shb.com)
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 6, 2020, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk via the Court's CM/ECF system, which will notify all counsel of record.

                                                  */s/ Melissa A. Siebert*