# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAVID FLEURY, individually and on behalf of similarly situated individuals, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 1:20-cv-00390 |
| v. | )<br>) Hon. Jorge L. Alonso |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

### DEFENDANT UNION PACIFIC RAILROAD COMPANY'S
### MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Union Pacific Railroad Company ("Union Pacific"), respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12, for an order dismissing Plaintiff's First Amended Complaint with prejudice and entering judgment in favor of Union Pacific. A memorandum in support of this motion is being filed contemporaneously herewith.

Dated: July 21, 2020

Respectfully submitted,

**UNION PACIFIC RAILROAD COMPANY**

By:    */s/ Melissa A. Siebert*
       One of Its Attorneys

Melissa A. Siebert (masiebert@shb.com)
Amy Y. Cho (acho@shb.com)
Jonathon M. Studer (jstuder@shb.com)
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

4829-4516-3971

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 21, 2020, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk via the Court's CM/ECF system, which will notify all counsel of record.

              */s/ Melissa A. Siebert*