# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAVID FLEURY and CHRISTOPHER NUNNERY, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | Case No. 20-cv-00390<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **May 2, 2023 at 9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Jorge L. Alonso, in Courtroom 1903 usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge as may be sitting in his place, and will then and there present **Defendant's Rule 23(d) Motion to Strike and Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint**, copies of which have been served on all counsel of record through the Court's CM/ECF system.

DATED:  April 24, 2023

                                                      Respectfully submitted:

                                                      By:  /s/ Christopher S. Hennessy
                                                            Attorney for Union Pacific Railroad Company

Melissa A. Siebert (6210154) msiebert@cozen.com
Christopher S. Hennessy (6237293) chennessy@cozen.com
COZEN O'CONNOR
123 N. Wacker Drive
Suite 1800
Chicago, Illinois  60606
(312) 474-7900

LEGAL\63197405\1