# Exhibit B



February 9, 2023

**VIA EMAIL**

David L. Gerbie
Brendan J. Duffner
Evan M. Meyers
McGuire Law, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, Illinois 60601
dgerbie@mcgpc.com
bduffner@mcgpc.com
emeyers@mcgpc.com

William F. Northrip

111 South Wacker Drive
Chicago, Illinois 60606
**t** 312.704.7700
**dd** 312.704.7777
**f** 312.558.1195
wnorthrip@shb.com

Re: **Plaintiff's Document Requests Nos. 4 and 5**
   *Fleury v. Union Pacific Railroad Company*
   **Case No. 20-cv-00390 (N.D. Ill.)**

Dear David, Brendan, and Evan:

I am writing to follow-up regarding our discussion about Plaintiff's Document Request Nos. 4 (purported "class data") and 5 (consent) and propose a compromise. While maintaining its objections to the scope and breadth of Plaintiff's Requests Union Pacific is willing to produce the following information for each potential class member: CDL Number, CDL State, Driver Name, Driver Consent Value, Consent Timestamp, First Illinois Scan Date, First Illinois Scan Ramp, Last Illinois Scan Date, Last Illinois Scan Ramp, and Last Active Timestamp. Attached to this letter is a spreadsheet containing this information for Mr. Fleury (produced as UP-00000914).

Union Pacific believes this production is more than sufficient to allow you to identify class members and is fully responsive to Request number 4. As to your request that Union Pacific also provide driver birth dates and addresses, Union Pacific maintains it position that this information is not necessary for, nor relevant to, class certification or any other issue in this case. Moreover, Union Pacific maintains its objection that producing birth dates and addresses would be unduly burdensome as this information is not centrally stored.

Union Pacific is not aware of any case where class certification was denied because the plaintiff did not have the birth dates or addresses of putative class members. However, in an attempt to reach a compromise, Union Pacific agrees that it will not argue in any opposition to a motion for class certification that differences in the individual class members' birth dates and or mailing addresses provides a basis for defeating class certification. As Union Pacific is agreeing to produce CDL State information, Union Pacific reserves the right to oppose class certification based on



February 9, 2023
Page 2

the presence of and number of putative class members from states other than Illinois.

With respect to your request that Union Pacific produce finger-scan templates for each of the over 40,000 putative class members, we maintain our objections to this request. However, in an effort to reach a compromise, Union Pacific does not dispute that its AGS system creates a finger-scan template using the same process for each person that enrolls.

Union Pacific offers this compromise as a full resolution of the parties' disputes with respect to Plaintiff's Document Requests 4 and 5.

Lastly, we are still in the process of looking into the questions you had concerning the produced template data for Mr. Fleury, and intend to follow up on those.

Sincerely,

William Northrip

cc: Melissa A. Siebert
    Kathleen Ryan
    Lauren M. Gibbons
    Samuel G. Bernstein