# Exhibit F

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DAVID FLEURY and CHRISTOPHER
NUNNERY, individually and on behalf of a
class of similarly situated individuals,

        Plaintiffs,

    vs.

UNION PACIFIC RAILROAD COMPANY,

        Defendant.

Case No. 20-cv-00390

Judge Jorge L. Alonso

Magistrate Judge Jeffrey Cole

**DEFENDANT'S RESPONSES TO**
**PLAINTIFF DAVID FLEURY'S SECOND SET OF INTERROGATORIES**

    Defendant Union Pacific Railroad Company ("Union Pacific") submits the following answers and objections to Plaintiff David Fleury's Second Set of Interrogatories. Subject to the stated General Objections, which are incorporated into each of the following specific answers, as well as to the stated specific objections, Union Pacific responds as follows:

**PRELIMINARY STATEMENTS**

    1.    By responding to these Interrogatories, Union Pacific does not waive or intend to waive: (a) any objections as to the competency, relevancy, materiality, privilege, status, or admissibility as evidence, for any purpose, of any documents or information produced in response to the Interrogatories; (b) the right to object on any ground to the use of the documents or information produced in response to these Interrogatories at any deposition, hearing, trial, or other proceeding, or to their use in any pleading or submission; or (c) the right to object on any ground at any time to a demand for further response to these Interrogatories.

    2.    By responding that it will produce documents responsive to a particular Request, Union Pacific does not assert that they have responsive documents or that such documents exist,

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

only that it will conduct a reasonable search and produce relevant, responsive, non-privileged documents. No objection made herein, or lack thereof, is an admission by Union Pacific as to the existence or non-existence of any documents.

3.    By responding to a particular Interrogatory, Union Pacific does not admit to any violations alleged by the Interrogatory. Specifically, by responding to a particular Interrogatory, Union Pacific does not admit to any violation of the Illinois Biometric Information Privacy Act, 740 ILCS 14/1 et seq. ("BIPA"), nor does Union Pacific admit that BIPA is even applicable to Union Pacific. Additionally, by responding to a particular Interrogatory, Union Pacific does not waive any defenses to any claims or any counterclaims Union Pacific may possess. Legal assertions or conclusions made in the Interrogatory are only allegations and are not entitled to any legal weight.

4.    The objections and responses made herein are based on Union Pacific's investigation to date of those sources within its possession, custody, and control where it reasonably believes responsive documents or information may exist. Union Pacific's investigation is ongoing, and Union Pacific reserves the right to amend or supplement these objections and responses in accordance with the applicable rules and court orders and based on results of its continuing investigation.

5.    The information supplied herein is for use in this litigation and for no other purpose.

## GENERAL OBJECTIONS

The following General Objections are incorporated into the specific answers and objections to each and every Interrogatory.

1.    Union Pacific incorporates by reference all objections made to the Plaintiff's First Set of Interrogatories and First through Third Sets of Document Requests.

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

2.     Union Pacific objects to each Interrogatory to the extent that it is unduly burdensome, overly broad, vague, or ambiguous.

3.     Union Pacific objects to each Interrogatory to the extent that it pertains to a legal conclusion that will be reached based on all available evidence.

4.     Union Pacific objects to each Interrogatory to the extent that it seeks information not known or reasonably available to Union Pacific, or outside of Union Pacific's possession, custody, or control, or can be more readily obtained through other sources.

5.     Union Pacific objects to each Interrogatory to the extent that it seeks documents or information related to absent class members, as it would not be appropriate to provide personal identifying information about non-clients of opposing counsel, and furthermore class discovery is not appropriate at this time.

6.     Union Pacific objects to each Request to the extent it seeks responses pertaining to any putative class member because Plaintiff has no basis for obtaining information on behalf of an entire class that has not been certified by this Court.

7.     Union Pacific objects to each Interrogatory, and each Instruction, to the extent it seeks to impose on Union Pacific's obligations and duties beyond those authorized by the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of Illinois, and other applicable rules and decisions.

8.     Union Pacific objects to each Interrogatory to the extent it seeks responses that are not relevant to any party's claim or defense and not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

9. Union Pacific objects to each Interrogatory to the extent it seeks information protected from disclosure by the attorney-client privilege, work product doctrine, or any other applicable privilege, exemption, immunity, or protection. Any such privileged or otherwise protected information will not be provided. Any inadvertent disclosure of privileged information or of any other information otherwise protected from disclosure shall not constitute a waiver of any claim of privilege or exemption from disclosure.

10. Union Pacific objects to each Request as overbroad and unduly burdensome to the extent it is not limited to Union Pacific's operations within the State of Illinois.

11. Union Pacific objects to Plaintiff's instructions to the extent that they purport to require Union Pacific to log privileged communications from after this case was filed as unduly burdensome and inconsistent with the requirements of the Federal Rules of Civil Procedure.

12. Union Pacific objects to each Request to the extent it seeks confidential, proprietary business information, or trade secrets.

13. Union Pacific objects to Plaintiff's instructions 10, 11, 16, and 17 to the extent they make an Interrogatory vague, ambiguous, or incomprehensible. Union Pacific will respond to the Interrogatories as written.

14. Union Pacific objects to Plaintiff's definition of "You", "Your", "Defendant," and "Union Pacific Railroad Company" which include entities and persons who are not parties to this case.

15. Union Pacific objects to Plaintiff's definitions to the extent they are inconsistent with the definitions in the Illinois Biometric Information Privacy Act. Furthermore, in answering

4

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

these discovery requests, Union Pacific does not concede, and expressly denies, that it collected, captured, received, or used "biometric identifiers" or "biometric information" as defined by BIPA. Any responses provided here are not to be taken as a concession that Union Pacific uses any devices that store any information defined by BIPA as a "biometric identifier" or "biometric information" because the devices used do not scan, collect, or store "fingerprints." Responses simply reflect Union Pacific's effort to respond in good faith.

16. Union Pacific objects to Plaintiff's instruction setting forth the "Relevant Time Period" as "the period beginning five (5) years prior to the original filing of Plaintiff's action on December 11, 2019, through the present" as overly broad and unduly burdensome.

17. Union Pacific objects to each Interrogatory seeking "all categories," "all data," and "all databases" as facially overbroad and unduly burdensome.

## ANSWERS TO INTERROGATORIES

### INTERROGATORY NO. 12:

Identify all categories or types of data in Defendant's possession or control that Relate to the putative Class Members. Specifically, identify all data columns, fields tables and categories contained in Defendant's driver registration Microsoft SQL databases and Defendant's UP Driver Master File (as identified in UP-00007231) for Defendant's Illinois locations during the Relevant Time Period.

### ANSWER:

Objection. Union Pacific objects to this Interrogatory as vague, ambiguous, overly broad, and as seeking irrelevant information. The terms "data columns, fields tables and categories" are undefined, and their meaning in the context of this Interrogatory is unclear. Union Pacific will assume that for all three, Plaintiff means columns of a table of data. Union Pacific further objects to this Interrogatory as overly broad and seeking irrelevant information because the "categories or

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

types of data" in Union Pacific's possession or control beyond the alleged "biometrics" has no bearing on the Plaintiff's claims or Union Pacific's defenses in this case. Union Pacific further objects to the "Relevant Time Period" for this Interrogatory as overly broad and seeking irrelevant information. Union Pacific will, instead, consider the relevant time period for this Interrogatory as from December 11, 2014 to October 15, 2020. Union Pacific further objects to this Interrogatory as overly broad and seeking irrelevant information to the extent it seeks information related to absent class members because Plaintiff has no basis for obtaining information on behalf of an entire class that has not been certified by this Court. Subject to and without waiving the foregoing objections, Union Pacific's driver "Master" file and driver registration Microsoft SQL databases for Union Pacific's Illinois locations contain the following categories of data relating to the putative Class Members:

| Category/Table Name | Description |
|---|---|
| **IIM_DRIV_DTL** | **Core "UP Master" driver record** |
| driv_id | Unique identifier of a driver |
| cdl_nbr | CDL number of the driver |
| cdl_st | State the issued the CDL to the driver |
| cdl_ctry | Country that issued the CDL to the driver |
| cdl_expn_date | Date the driver's CDL expires |
| fir_name | Driver first name |
| midl_name | Driver middle name |
| last_name | Driver last name |
| ph_nbr | Phone number of the driver |
| inmd_tml_oprn_sys_driv_id | Driver ID in ITOS system |
| ags_driv_id | Driver ID in AGS system |
| act_flag | Indicator if the driver is currently active with up |
| crtn_dt | Date the record was created |
| crtn_user_id | User that created the record |
| last_uptd_dt | Date the record was last updated |
| last_uptd_user_id | User that updated the record |
| last_act_date | The most recent date of gate activity for the driver |
| driv_cnst_valu | Driver consent value |
| driv_cnst_date | Driver consent date |
| driv_cnst_user_id | Driver consent user identifier |

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

| | |
|---|---|
| bmtc_purg_ind | Indicator to show if driver biometric purge has been evaluated/completed |
| bmtc_purg_date | Date the driver's biometric info was last updated |
| | |
| **IIM_DRIV_AKA** | **Also Known As Records - when different names are received for the same CDL value** |
| driv_aka_id | Unique ID of a driver alias record |
| driv_id | Unique ID of a driver record |
| fir_name | Driver first name |
| midl_name | Driver middle name |
| last_name | Driver last name |
| crtn_dt | Date the record was created |
| crtn_user_id | User that created the record |
| | |
| **IIM_DRIV_SCAC_ASGN** | **Motor Carrier Assignments - companies a driver was authorized to work for, and the dates of authorization** |
| mc_id | Unique ID of a motor carrier record |
| driv_id | Unique identifier of a driver |
| strt_date | Date the driver is authorized to pull for the motor carrier |
| end_date | Date the driver is no longer authorized to pull for the motor carrier |
| cdl_flag | Indicator if the driver has an active CDL for the motor carrier |
| hzmt_flag | Indicator if a driver is authorized for hazmat shipments (from IANA data feed) |
| dbl_trl_flag | Indicator if driver is authorized for double trailer shipments (from IANA data feed) |
| trpl_trl_flag | Indicator if driver is authorized for triple trailer shipments (from IANA data feed) |
| tank_trl_flag | Indicator if driver is authorized for tank trailer shipments (from IANA data feed) |
| crtn_dt | Date the record was created |
| crtn_user_id | User that created the record |
| last_uptd_dt | Date the record was last updated |
| last_uptd_user_id | User that updated the record |
| last_act_date | Most recent date/time the driver used a SCAC |
| | |
| **IIM_DRIV_BAN** | **Rules violations that result in a ban from UP terminals** |
| mc_id | Unique ID of a motor carrier record |
| driv_id | Unique identifier of a driver |
| strt_date | Date the driver is authorized to pull for the motor carrier |
| end_date | Date the driver is no longer authorized to pull for the motor carrier |
| cdl_flag | Indicator if the driver has an active CDL for the motor carrier |

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

| | |
|---|---|
| hzmt_flag | Indicator if a driver is authorized for hazmat shipments (from IANA data feed) |
| dbl_trl_flag | Indicator if driver is authorized for double trailer shipments (from IANA data feed) |
| trpl_trl_flag | Indicator if driver is authorized for triple trailer shipments (from IANA data feed) |
| tank_trl_flag | Indicator if driver is authorized for tank trailer shipments (from IANA data feed) |
| crtn_dt | Date the record was created |
| crtn_user_id | User that created the record |
| last_uptd_dt | Date the record was last updated |
| last_uptd_user_id | User that updated the record |
| last_act_date | Most recent date/time the driver used a SCAC |
| | |
| **IIM_DRIV_BAN_HIST** | **Audit history of driver bans - capturing what data was altered** |
| driv_ban_hist_id | Unique identifier of a driver ban history record |
| driv_ban_id | Unique identifier of a driver ban |
| actn_code | Action taken on the record (add, update, delete) |
| uptd_fld | Field updated as part of the transaction |
| prev_valu | Value of the field prior to change |
| new_valu | Value of the field after the change |
| crtn_dt | Date the record was last updated |
| crtn_user_id | User that updated the record |
| cmnt | User comments related to the ban |
| | |
| **IIM_DRIV_BMTC** | **Table designed for internal replacement of Nascent AGS system - not used with elimination of BMTC processes** |
| driv_bmtc_id | Unique identifier |
| driv_id | Unique identifier of a driver |
| bmtc_ind | Indicator of which biometric is stored |
| bmtc_src | Source system which provided the biometric data |
| bmtc_oset | The position within an image hash to identify the user data (for matching) |
| crtn_user_id | User that updated the record |
| crtn_date | Date the record was last updated |
| bmtc_imag | Hash value |
| | |
| **IIM_DRIV_BMTC_PURG** | **Tracking table for when biometric data was purged based on driver inactivity** |
| iim_driv_bmtc_purg_id | Unique identifier |
| driv_id | Unique identifier of a driver |
| sys_name | The system / application data was found |

8

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

| occr_cnt | The number of occurrences the driver's data was found |
|---|---|
| purg_date | Date/time the purge of driver information was completed. |

| Column | Description |
|---|---|
| **dbo.AcessEnrollment** | |
| AccessEnrollmentID | Access Enrollment Identifier |
| Party ID | Party Identifier |
| PinNumberAN | Pin Number Abbreviation |
| AuthorizedByUserID | Authorized By User Identifier |
| RevokedByUserID | Revoked By User Identifier |
| AuthorizedDT | Authorized Date/Time |
| RevokedDT | Revoked Date/Time |
| RevocationDS | Revocation DS |
| LastEditDate | Last Edit Date |
| CreationDate | Creation Date |
| UTCModifyDate | UTC Modify Date |
| UTCCreateDate | UTC Create Date |
| | |
| **dbo.AddressType** | |
| AddressTypeID | Address Type Identifier |
| AddressTypeNM | Address Type Name |
| DefaultTypeFL | Default Type Flag |
| ActiveFL | Active Flag |
| DeletedDT | Deleted Date/Time |
| CreateUserNM | Create User Name |
| CreateDT | Create Date/Time |
| UpdateUserNM | Update User Name |
| UpdateDT | Update Date/Time |
| LastEditDate | Last Edit Date |
| CreationDate | Creation Date |
| UTCModiftDT | UTC Modify Date/Time |
| UTCCreateDT | UTC Create Date/Time |
| | |
| **dbo.AGSUser** | |
| AGSUserID | AGS User Identifier |
| UserNM | User Name |
| LastNM | Last Name |
| FirstNM | First Name |
| MiddleInitialAN | Middle Initial Abbreviation |
| EMailAddressAN | Email Address Abbreviation |
| ActiveFL | Active Flag |

9

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

| DeletedFL | Deleted Flag |
|---|---|
| CreateUserNM | Create User Name |
| CreateDT | Create Date/Time |
| UpdateUserNM | Update User Name |
| UpdateUserDT | Update User Date/Time |
| ImportCompleteFL | Import Complete Flag |
| IconIndexSN | Icon Index Small Number |
| LastEditDate | Last Edit Date |
| CreationDate | Creation Date |
| UTCModiftDT | UTC Modify Date/Time |
| UTCCreateDT | UTC Create Date/Time |
| | |
| **dbo.AppendageType** | |
| AppendageTypeID | Appendage Type Identifier |
| AppendageTypeNM | Appendage Type Name |
| AppendageGraphicIM | Appendage Graphic Image |
| ActiveFL | Active Flag |
| DeletedDT | Deleted Date/Time |
| CreateUserNM | Create User Name |
| UpdateDT | Update Date/Time |
| LastEditDate | Last Edit Date |
| CreationDate | Creation Date |
| UTCModifyDT | UTC Modify Date/Time |
| UTCCreateDT | UTC Create Date/Time |
| | |
| **dbo.IdentityType** | |
| IdentityTypeID | Identity Type Identifier |
| IdentityTypeNM | Identity Type Name |
| EstablishDriverCodeFL | Establish Driver Code Flag |
| SortOrderSN | Sort Order Small Number |
| ActiveFL | Active Flag |
| DeletedFL | Deleted Flag |
| CreateUserNM | Create User Name |
| CreateDT | Create Date/Time |
| UpdateUserNM | Update User Name |
| UpdateDT | Update Date/Time |
| LastEditDate | Last Edit Date |
| CreationDate | Creation Date |
| UTCModifyDT | UTC Modify Date/Time |
| UTCCreateDT | UTC Create Date/Time |
| | |

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

| dbo.Party | |
|---|---|
| PartyID | Party Identifier |
| LastNM | Last Name |
| FirstNM | First Name |
| MiddleInitialAN | Middle Initial Abbreviation |
| SuffixAN | Suffix Abbreviation |
| BirthDT | Birth Date/Time |
| NoteDS | Note DS |
| ActiveFL | Active Flag |
| DeletedDT | Deleted Date/Time |
| CreateUserNM | Create User Name |
| CreateDT | Create Date/Time |
| UpdateUserNM | Update User Name |
| UpdateDT | Update Date/Time |
| FaceIM | Face Image |
| LastEditDate | Last Edit Date |
| CreationDate | Creation Date |
| UTCModifyDT | UTC Modify Date/Time |
| UTCCreateDT | UTC Create Date/Time |
| | |
| dbo.PartyAddress | |
| PartyAddressID | Party Address Identifier |
| PartyID | Party Identifier |
| AddressTypeID | Address Type Identifier |
| AddressLine1AN | AddressLine1 Abbreviation |
| AddressLine2AN | AddressLine2 Abbreviation |
| CityNM | City Name |
| StateAN | State Abbreviation |
| ZipCodeAN | Zip Code Abbreviation |
| CountryCodeAN | Country Code Abbreviation |
| ActiveFL | Active Flag |
| DeletedDT | Deleted Date/Time |
| CreateUserNM | Create User Name |
| CreateDT | Create Date/Time |
| UpdateUserNM | Update User Name |
| UpdateDT | Update Date/Time |
| LastEditDate | Last Edit Date |
| CreationDate | Creation Date |
| UTCModifyDT | UTC Modify Date/Time |
| UTCCreateDT | UTC Create Date/Time |
| | |

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

| dbo.PartyAffiliation | |
|---|---|
| PartyAffiliationID | Party Affiliation Identifier |
| PartyID | Party Identifier |
| AffiliationNM | Affiliation Name |
| ActiveFL | Active Flag |
| DeletedDT | Deleted Date/Time |
| CreateUserNM | Create User Name |
| CreateDT | Create Date/Time |
| UpdateUserNM | Update User Name |
| UpdateDT | Update Date/Time |
| LastEditDate | Last Edit Date |
| CreationDate | Creation Date |
| UTCModifyDT | UTC Modify Date/Time |
| UTCCreateDT | UTC Create Date/Time |
| | |
| dbo.PartyBiometrics | |
| PartyBiometricsID | Party Biometrics Identifier |
| PartyID | Party Identifier |
| AppendageTypeID | Appendage Type Identifier |
| SequenceTN | Sequence TN |
| CompositeIM | Composite Image |
| TemplateBIN | Template BIN |
| ActiveFL | Active Flag |
| DeletedDT | Deleted Date/Time |
| CreateUserNM | Create User Name |
| CreateDT | Create Date/Time |
| UpdateUserNM | Update User Name |
| UpdateDT | Update Date/Time |
| LastEditDate | Last Edit Date |
| CreationDate | Creation Date |
| UTCModifyDT | UTC Modify Date/Time |
| UTCCreateDT | UTC Create Date/Time |
| | |
| dbo.PartyEMailAddress | |
| PartyEMailAddressID | Party Email Address Identifier |
| PartyID | Party Identifier |
| AddressTypeID | Address Type Identifier |
| EMailAddressAN | Email Address Abbreviation |
| ActiveFL | Active Flag |
| DeletedDT | Deleted Date/Time |
| CreateUserNM | Create User Name |

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

| | |
|---|---|
| CreateDT | Create Date/Time |
| UpdateUserNM | Update User Name |
| UpdateDT | Update Date/Time |
| LastEditDate | Last Edit Date |
| CreationDate | Creation Date |
| UTCModifyDT | UTC Modify Date/Time |
| UTCCreateDT | UTC Create Date/Time |
| | |
| **dbo.PartyIdentification** | |
| PartyIdentificationID | Party Identification Identifier |
| PartyID | Party Identifier |
| IdentityTypeID | Identity Type Identifier |
| IDNumberAN | Identifier Number Abbreviation |
| ExpirationDT | Expiration Date/Time |
| IssueDT | Issue Date/Time |
| ImageFilePathAN | Image File Path Abbreviation |
| ActiveFL | Active Flag |
| DeletedDT | Deleted Date/Time |
| CreateUserNM | Create User Name |
| CreateDT | Create Date/Time |
| UpdateUserNM | Update User Name |
| UpdateDT | Update Date/Time |
| StateAN | State Abbreviation |
| ScanIM | Scan Image |
| LastEditDate | Last Edit Date |
| CreationDate | Creation Date |
| UTCModifyDT | UTC Modify Date/Time |
| UTCCreateDT | UTC Create Date/Time |
| | |
| **dbo.PartyPhone** | |
| PartyPhoneID | Party Phone Identifier |
| PartyID | Party Identifier |
| PhoneNumberAN | Phone Number Abbreviation |
| ExtensionAN | Extension Abbreviation |
| PhoneNoteDS | Phone Note DS |
| ActiveFL | Active Flag |
| DeletedDT | Deleted Date/Time |
| CreateUserNM | Create User Name |
| CreateDT | Create Date/Time |
| UpdateUserNM | Update User Name |
| UpdateDT | Update Date/Time |

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

| | |
|---|---|
| LastEditDate | Last Edit Date |
| CreationDate | Creation Date |
| UTCModifyDT | UTC Modify Date/Time |
| UTCCreateDT | UTC Create Date/Time |
| | |
| **dbo.PartySynch** | |
| PartySynchID | Party Synch Identifier |
| ServerNM | Server Name |
| DatabaseNM | Database Name |
| PartyID | Party Identifier |
| NewPartyID | New Party Identifier |
| LastNM | Last Name |
| FirstNM | First Name |
| MIddleInitialAN | Middle Initial Abbreviation |
| SuffixAN | Suffix Abbreviation |
| BirthDT | Birth Date/Time |
| NoteDS | Note DS |
| LicenseNumberAN | License Number Abbreviation |
| StateAN | State Abbreviation |
| ActiveFL | Active Flag |
| DeletedDT | Deleted Date/Time |
| CreateUserNM | Create User Name |
| CreateDT | Create Date/Time |
| UpdateUserNM | Update User Name |
| UpdateDT | Update Date/Time |
| DupeInd | Duplicate Indicator |
| SynchIng | Synching |
| SynchDT | Synch Date/Time |
| | |
| **dbo.PhoneType** | |
| PhoneTypeID | Phone Type Identifier |
| PhoneTypeNM | Phone Type Name |
| DefaultTypeFL | Default Type Flag |
| SortOrderSN | Sort Order Small Number |
| ActiveFL | Active Flag |
| DeletedDT | Deleted Date/Time |
| CreateUserNM | Create User Name |
| CreateDT | Create Date/Time |
| UpdateUserNM | Update User Name |
| UpdateDT | Update Date/Time |
| LastEditDate | Last Edit Date |

14

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

| CreationDate | Creation Date |
|---|---|
| | |
| **dbo.probe** | |
| ID | Identifier |
| | |
| **dbo.StateList** | |
| StateListID | State List Identifier |
| StateAN | State Abbreviation |
| StateNM | State Name |
| CountryAN | Country Abbreviation |
| ActiveFL | Active Flag |
| | |
| **dbo.UnregisteredDrivers** | |
| CDLState | CDL State |
| driver_license_nbr | Driver license number |
| driver_last_nm | Driver last name |
| driver_first_nm | Driver first name |
| driver_middle_nm | Driver middle name |
| driver_license_state_cd | Driver license state cd |
| u_carrier_id | U carrier Identifier |
| u_tractor_id | U tractor Identifier |
| driver_used_dt | Driver used Date/Time |
| driver_pin | Driver PIN |
| license_expiration_dt | License expiration Date/Time |
| driver_termination_dt | Driver termination Date/Time |
| CSXI_registration | CSXI registration |
| IANA_registration | IANA registration |
| AGS_registration | AGS registration |

## INTERROGATORY NO. 13:

Identify all databases containing information related to the putative Class Members' use of Defendant's Illinois Auto-Gate Systems, including but not limited to, all databases that contain *any* information related to the putative Class's use of biometric fingerprint readers (for example, through using a driver registration station, as depicted in UP-00005346-48, or the ingate kiosk that would display a screen similar to UP-00003723) during the Relevant Time Period.

15

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

**ANSWER:**

Objection. Union Pacific objects to this Interrogatory as overly broad and as seeking irrelevant information. Union Pacific objects to the "Relevant Time Period" for this Interrogatory as overly broad and seeking irrelevant information. Union Pacific will, instead, consider the relevant time period for this Interrogatory as from December 11, 2014 to October 15, 2020. Union Pacific further objects to this Interrogatory as overly broad and seeking irrelevant information to the extent it seeks information related to absent class members because Plaintiff has no basis for obtaining information on behalf of an entire class that has not been certified by this Court. Union Pacific further objects to this request to the extent that it presumes the existence of facts, or is based on an assumption, that has not been proven and is not admitted by Union Pacific—namely whether the putative Class has ever used "biometric fingerprint readers" via the Auto-Gate Systems at issue in this case. Subject to and without waiving the foregoing objections, the following databases contain information related to the putative Class Members' use of Union Pacific's Illinois Auto-Gate Systems: Central Driver Database, Global 1 Driver Database, Global 2 Driver Database, Global 3 Driver Database, and Global 4 Driver Database.

DATED: April 14, 2023

COZEN O'CONNOR

By: _/s/ Melissa A. Siebert_
Melissa Siebert, Esquire (6210154)
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-4491
msiebert@cozen.com
Christopher Hennessy (6237293)
(312) 474-4493
chennessy@cozen.com

*Attorneys for Defendant,*
*Union Pacific Railroad Company*

16

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

## <u>VERIFICATION</u>

I, Jeremy Hayden, Senior Systems Engineer, Intermodal Technology of Union Pacific Railroad Company, state under penalty of perjury that I am authorized to answer these Interrogatories; that I have relied on directors, employees, agents, and/or attorneys to provide information used in formulating the answers to Interrogatories; and that the answers are true and correct to the best of my knowledge and belief.

UNION PACIFIC RAILROAD COMPANY

Date:  April 14, 2023

Jeremy Hayden
Senior Systems Engineer
Intermodal Technology
Union Pacific Railroad Company

DocuSign Envelope ID: 2336445A-B2B7-4781-92F9-15F82B415BD3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 14, 2023, I did cause a true and correct copy of the foregoing **Defendant's Responses to Plaintiff David Fleury's Second Set of Interrogatories** to be served via electronic mail on counsel of record at the following addresses:

> Myles McGuire
> Evan M. Meyers
> David L. Gerbie
> Brendan Duffner
> MCGUIRE LAW, P.C.
> 55 W. Wacker Drive, 9th Fl.
> Chicago, IL 60601
> mmcguire@mcgpc.com
> emeyers@mcgpc.com
> dgerbie@mcgpc.com
> bduffner@mcgpc.com
>
> *Counsel for Plaintiff and the Putative Class*

DATED: April 14, 2023

COZEN O'CONNOR

By:   /s/ Melissa Siebert
      Melissa Siebert, Esquire

*Attorney for Defendant,*
*Union Pacific Railroad Company*