# EXHIBIT A

| | |
|---|---|
| **From:** | Siebert, Melissa |
| **Sent:** | Saturday, October 7, 2023 11:07 AM |
| **To:** | Tom Hanson |
| **Cc:** | David Gerbie; Hennessy, Christopher; Browne, Brian; Joseph Dunklin; Brendan Duffner |
| **Subject:** | RE: Turner Deposition - Union Pacific |

Tom,

Thank you for confirming the depositions. We are offering two days for Ms. King-Lopes because she is also a 30(b)(6) witness on a number of topics – we will be providing our written response on the 30(b)(6) deposition notice early next week and will designate which topics she will cover for Union Pacific. In light of this, we will continue to hold both days. Please advise whether Mr. Turner will be sitting for his deposition on October 23, the rescheduled date we have proposed below.

With respect to Mr. Fritz, we also understood that you would be providing case law to support your position that an apex deposition is appropriate, and you also have not done so. Please do so, and we will do the same. You also have not defined what you mean by producing Mr. Fritz subject to what you term "typical" "limitations or conditions." If you have "limitations or conditions" in mind, please share them with us for our consideration.

Finally, we are pleased to hear that you are finally going to dismiss Mr. Nunnery from this lawsuit. That should have been done long ago. Will you also be dismissing the Second Amended Complaint? It seems you are asking us to reconsider our stance on a dismissal with prejudice. For us to reconsider we need to understand the reason you are proposing a dismissal without prejudice, given your public and private statements that Mr. Nunnery lacks valid claims. There are other considerations as well, including the pending motions you have brought and discovery you have served on Mr. Nunnery's behalf, and motions we have brought related to Mr. Nunnery's invalid claims and lack of standing. We also have several requests for fees related to having to engage in unnecessary litigation with respect to Mr. Nunnery. How do you propose addressing these issues both with respect to dismissal of Mr. Nunnery and in the larger context of this case?

I am unavailable for the rest of today through tomorrow afternoon, when I can then reengage. If you could respond to the above by tomorrow afternoon, we should be able to advise you of our position regarding Mr. Nunnery's dismissal on Monday.

Thanks and have a good weekend,

Melissa



**Melissa Siebert**
**Shareholder | Cozen O'Connor**
123 North Wacker Drive, Suite 1800 **|** Chicago, IL 60606
P: 312-474-4491 F: 312-300-5863 M: 847-529-6533

Email | Map | cozen.com

---

**From:** Tom Hanson <hanson@loevy.com>
**Sent:** Friday, October 6, 2023 5:58 PM
**To:** Siebert, Melissa <MSiebert@cozen.com>

1

**Cc:** David Gerbie <dgerbie@mcgpc.com>; Hennessy, Christopher <chennessy@cozen.com>; Browne, Brian <BBrowne@cozen.com>; Joseph Dunklin <jdunklin@mcgpc.com>; Brendan Duffner <bduffner@mcgpc.com>
**Subject:** Re: Turner Deposition - Union Pacific

**\*\*EXTERNAL SENDER\*\***

Melissa: We intend to proceed with the depositions next week, as well as those scheduled for 10/18 and 10/25. We are still determining whether we will take Ms. King-Lopes on 10/26 or 10/27, so please hold both of those dates for now.

In addition, we assume that by not offering dates for Mr. Fritz, Defendant is standing by its position that he may not be deposed under the apex doctrine. Please advise if this is not the case. We note in this regard that you have neither forwarded applicable case law supporting your position that a retired former CEO is subject to the apex doctrine, nor have you proposed any limitations or conditions (as in a typical apex deposition).

Last, we intend to move for Mr. Nunnery's dismissal without prejudice. On our September 22, 2023 call, you stated you were opposed to his voluntary dismissal unless it was with prejudice; please advise if your position is changed and if you will consent to his dismissal without prejudice.

Best, Tom

On Fri, Oct 6, 2023 at 1:58 PM Siebert, Melissa <MSiebert@cozen.com> wrote:

> David,
>
> Thank you for letting us know.  Would October 23 work for Mr. Turner?  We will expect to receive his documents and interrogatory answers on Monday, Oct. 9 as was represented in an email from earlier this week.  While we do not believe we granted an extension of "one week prior to dep" to his responses, we were prepared to live with that so long as discovery responses were received on October 9.  We will need those as they are now overdue.
>
> Does your team intend to proceed with next week's depositions?  Those are: On 10/11, (1) Mahesh Paruchur (half day at 9 am); and (2) Daniel Dennison (half day at 1 pm). On 10/12, Jamie Peters, starting at 10.  All deps are at Baird Holm.  Note:  we moved the Peters dep to 10/12 so that we can have next week's deps on consecutive days, and to ensure that Ms. Peters can sit for a full day deposition if necessary.  **Please confirm by 5 CT pm today whether you intend to proceed, so that we can let the witnesses know.**
>
> With respect to Scott Lohr, there is no indication that he has knowledge of any issues relevant to this case.  If you could advise the purpose of calling him, it would enable us to identify a more appropriate witness among those already slated for depositions.
>
> Best,
>
> Melissa



**Melissa Siebert**
**Shareholder | Cozen O'Connor**
123 North Wacker Drive, Suite 1800 **|** Chicago, IL 60606
P: 312-474-4491 F: 312-300-5863 M: 847-529-6533

Email | Map | cozen.com

**From:** David Gerbie <dgerbie@mcgpc.com>
**Sent:** Friday, October 6, 2023 2:28 PM
**To:** Hennessy, Christopher <chennessy@cozen.com>; Siebert, Melissa <MSiebert@cozen.com>; Browne, Brian <BBrowne@cozen.com>
**Cc:** Joseph Dunklin <jdunklin@mcgpc.com>; Brendan Duffner <bduffner@mcgpc.com>; Tom Hanson <hanson@loevy.com>
**Subject:** Turner Deposition - Union Pacific

**\*\*EXTERNAL SENDER\*\***

Counsel,

Unfortunately we will need to reschedule Mr. Turner's deposition. He can be made available on October 19, or October 20. Please let us know if either of these dates work for you.

Thanks,

David

--

David L. Gerbie

**MCGUIRE LAW, P.C.**
55 West Wacker Drive, 9th Fl.

Chicago, Illinois 60601

dgerbie@mcgpc.com

Direct: (312) 820 9006

T: (312) 893-7002
F: (312) 275-7895
www.mcgpc.com

---

This e-mail, and any attachments thereto, are property of McGuire Law, P.C. It is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

--
Thomas M. Hanson
Loevy & Loevy
311 N. Aberdeen Street
Chicago, IL 60607
hanson@loevy.com
773.550.6524
He/Him

Admitted only in California, Texas and Michigan,
not admitted in Illinois