**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

David Fluery, et al.

Plaintiff,

v.

Case No.: 1:20–cv–00390
Honorable LaShonda A. Hunt

Union Pacific Railroad Company

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 9, 2023:

    MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of Union Pacific Railroad Company's Motion for Extension of Time [215], given that Plaintiffs do not oppose the motion and Defendant's counsel has represented that this extension will not cause any delay with respect to discovery, the motion is granted. Defendant's response to the Third Amended Complaint is due by 12/8/23. To ensure that this case remains on track, the Court will not be inclined to extend the response deadline any further absent extraordinary circumstances. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.