# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAVID FLEURY and ALVIN TURNER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | Case No. 20-cv-0390<br><br>Judge LaShonda A. Hunt<br><br>Magistrate Judge Jeffrey Cole |

## DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT

Pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, defendant Union Pacific Railroad Company respectfully moves the Court to dismiss plaintiffs' Third Amended Class Action Complaint with prejudice and enter judgment in favor of Union Pacific. The factual and legal bases for this motion are set forth in the accompanying supporting memorandum, which is being filed contemporaneously herewith and is incorporated herein by reference.

Dated: December 8, 2023

Respectfully submitted:

By:    /s/ Melissa A. Siebert
      Union Pacific Railroad Company

Melissa A. Siebert (6210154)
Christopher S. Hennessy (6237293)
COZEN O'CONNOR
123 N. Wacker Drive
Suite 1800
Chicago, Illinois 60606
(312) 474-7900
msiebert@cozen.com
chennessy@cozen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Melissa A. Siebert*