IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DAVID FLEURY and ALVIN TURNER, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 20-cv-00390 |
| v. | ) ) | Hon. LaShonda A. Hunt |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, | ) ) ) ) | Magistrate Jeffrey Cole |
| *Defendant*. | ) ) | |

**JOINT MOTION TO EXTEND EXPERT DISCOVERY DEADLINE**

Plaintiffs David Fleury and Alvin Turner and Defendant Union Pacific Railroad Company, through their respective undersigned counsel, hereby jointly move for a thirty-day extension of the deadline for completion of expert discovery and to reset the October 17, 2024 status conference to a date in November following the extended deadline. In support of their Motion, the Parties state as follows:

1. This Court has addressed the lengthy procedural history of this case on numerous occasions. *See* Dkt. 144; Dkt. 152; Dkt. 181; Dkt. 232, n.1. However, the Parties respectfully submit that a brief thirty-day extension of the expert discovery schedule is warranted here in light of unforeseen circumstances that have necessitated the rescheduling of several expert depositions.

2. The current expert discovery schedule is as follows:

- June 14, 2024 – Deadline for Parties' initial expert disclosures and reports.
- August 16, 2024 – Deadline for Parties' rebuttal expert disclosures and reports.
- October 16, 2024 – Expert discovery completed.

3. On June 14, 2024, the Parties timely made their initial expert disclosures and served their initial expert reports. Specifically, on June 14, 2024, Defendant identified seven experts (including one non-retained expert under Federal Rule of Civil Procedure 26(a)(2)(C)) and produced six expert reports, and Plaintiffs identified two experts and produced two expert reports.

4. On August 16, 2024, the Parties timely made their rebuttal expert disclosures and served their rebuttal expert reports. Specifically, on August 16, 2024, Defendant identified three additional experts and produced five rebuttal expert reports, and Plaintiffs produced one rebuttal expert report.

5. During this time and over the following weeks, the Parties continued to produce additional documents and materials germane to their initial expert reports and rebuttal expert reports, and counsel for the Parties conducted several meet-and-confers regarding such materials and regarding scheduling the depositions of the twelve disclosed experts, taking into account the need to accommodate Jewish holidays in October.

6. To this end, the Parties have already conducted depositions of five experts, with a sixth currently scheduled for October 16, 2024, and a seventh scheduled for October 18, 2024. The Parties have two additional depositions scheduled for the week of October 21, 2024.

7. However, unforeseen intervening circumstances have caused the rescheduling of several depositions that were previously scheduled to be taken before October 16, 2024.

8. Plaintiffs' expert Joseph Caruso's deposition was originally scheduled for October 15, 2024. Mr. Caruso resides in Clearwater, Florida, and his digital forensics firm also has an office there. The Clearwater area was directly in the path of Hurricane Milton, requiring the rescheduling of his deposition, as Mr. Caruso was forced to evacuate his home during the hurricane and return thereafter to assess the damage to his lab and his residence.

9. Another defense expert's deposition was scheduled for October 8, 2024. However, that expert has experienced unexpected health issues with two members of his immediate family, necessitating the rescheduling of his deposition.

10. Counsel for the Parties have been in consistent communication for over a month in resolving the logistical issues of scheduling these numerous depositions. Due to necessary travel and other commitments, as well as the ongoing health issues in one defense expert's immediate family that require his attention, the Parties have not yet rescheduled Mr. Caruso's and that defense expert's depositions, although the Parties anticipate that those depositions will occur the first or second week of November.

11. Federal Rule of Civil Procedure 6(b) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … if a request is made[] before the original time or its extension expires[.}"

12. As set forth above, the Parties have conducted extensive expert discovery in this matter thus far and have done so expeditiously.

13. However, for the reasons set forth above, including wholly unforeseeable issues relating to natural disasters and health emergencies, the Parties respectfully submit that good cause exists to extend expert discovery in this matter by thirty days.

14. The Parties request this thirty-day extension of the expert discovery deadline in good faith and not for purposes of delay. Despite the length of time this matter has remained pending (which included a lengthy stay), discovery has consistently moved forward and as noted above, the Parties have largely completed expert discovery.

15. This extension will not impact any dispositive motion or trial deadlines, as no such dates have yet been set. However, the Parties anticipate seeking such deadlines from Judge Hunt promptly upon completion of expert depositions.

WHEREFORE, the Parties, by and through their respective counsel, hereby request that the Court grant this motion and extend the expert discovery deadline to November 15, 2024, and reset the October 17, 2024 status conference to a date after November 15, 2024.

| | |
|---|---|
| Dated: October 15, 2024 | Respectfully submitted, |
| DAVID FLEURY and ALVIN TURNER | UNION PACIFIC RAILROAD COMPANY |
| /s/ Brendan Duffner<br>One of Plaintiffs' Attorneys | /s/ Johanna Spellman (with consent)<br>One of Its Attorneys |
| Evan M. Meyers<br>David L. Gerbie<br>Brendan Duffner<br>Joseph M. Dunklin<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>Tel: (312) 893-7002<br>emeyers@mcgpc.com<br>dgerbie@mcgpc.com<br>bduffner@mcgpc.com<br>jdunklin@mcgpc.com | Sean M. Berkowitz (Illinois Bar No. 6209701)<br>  sean.berkowitz@lw.com<br>Gary S. Feinerman (Illinois Bar No. 6206906)<br>  gary.feinerman@lw.com<br>Johanna Spellman (Illinois Bar No. 6293851)<br>  johanna.spellman@lw.com<br>Kathryn A. Running (Illinois Bar No. 6330369)<br>  kathryn.running@lw.com<br>Latham & Watkins, LLP<br>330 N. Wabash Ave., Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767 |
| Jon Loevy<br>Michael I. Kanovitz<br>Tom Hanson<br>LOEVY & LOEVY<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607<br>Tel: (312) 243-5900<br>jon@loevy.com<br>mike@loevy.com<br>hanson@loevy.com | Michael H. Rubin (*pro hac vice*)<br>  michael.rubin@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 15, 2024, I caused the foregoing *Joint Motion to Extend Expert Discovery Deadline* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/     Brendan Duffner
*One of Plaintiff's Attorneys*