IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID FLEURY and ALVIN TURNER individually and on behalf of a class of similarly situated individuals, | |
| Plaintiffs, | Case No. 20-cv-390 |
| v. | District Judge LaShonda A. Hunt |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, | Magistrate Judge Jeffrey Cole |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 26, 2024 Order (Dkt. 303), Plaintiffs David Fleury and Alvin Turner and Defendant Union Pacific Railroad Company respectfully submit this joint status report regarding proposed next steps in the case.

1. Undersigned counsel for the parties met and conferred on proposed next steps via videoconference on December 6, and continued to correspond by email through the date of this filing on a proposed schedule for class certification, summary judgment, and *Daubert* motions.

2. The parties propose that class certification, summary judgment, and *Daubert* motions be keyed off the proposed December 19, 2024 filing of Plaintiffs' class certification motion. Once that motion is on file, Union Pacific would file its opposition to class certification along with a simultaneous filing of its motion for summary judgment and any *Daubert* motions related to class certification and/or Union Pacific's summary judgment issues. Plaintiffs would then have an opportunity to complete briefing on their class certification motion, respond to Union Pacific's motion for summary judgment and *Daubert* motions, move for summary judgment, and

1

file *Daubert* motions of their own that relate to class certification and/or summary judgment issues. Filings would continue at staggered intervals until each motion was fully briefed.

3. Given the voluminous record in this case, the parties also anticipate that they will require additional pages for briefing. The parties have also met and conferred on this issue, and reached agreement on page limitations as set forth below.

4. The parties' proposal will promote judicial economy and conservation of resources, allow the parties to present their motions in an orderly fashion, and move the case steadily along.

5. The parties' proposed schedule is set forth below, based on Plaintiffs' proposed December 19, 2024 filing of their class certification motion.

<u>*December 19, 2024*</u>:

- Plaintiffs' Motion for Class Certification (40 pages)

<u>*March 27, 2025*</u> [Fourteen weeks after motion for class certification filed]:

- Union Pacific's Opposition to Motion for Class Certification (40 pages)
- Union Pacific's Motion for Summary Judgment (40 pages)
- Union Pacific's *Daubert* Motions Pertaining to Class Certification and Union Pacific's Summary Judgment Issues (10 pages per expert)

<u>*June 19, 2025*</u> [Twelve weeks after March 27, 2025 deadline]:

- Plaintiffs' Reply in Support of Motion for Class Certification (20 pages)
- Plaintiffs' Motion for Summary Judgment (40 pages)
- Plaintiffs' Opposition to Union Pacific's Motion for Summary Judgment (40 pages)
- Plaintiffs' Responses to Union Pacific's *Daubert* Motions on Class Certification and Union Pacific Summary Judgment Issues (10 pages per expert)
- Plaintiffs' *Daubert* Motions Pertaining to Class Certification and Plaintiffs' Summary Judgment Issues (10 pages per expert)

*August 14, 2025* [Eight weeks after June 19, 2025 deadline]:

- Union Pacific's Reply in Support of Motion for Summary Judgment (20 pages)

- Union Pacific's Opposition to Plaintiffs' Motion for Summary Judgment (40 pages)

- Union Pacific's *Daubert* Motions Pertaining to Plaintiff Summary Judgment Issues (10 pages per expert)

- Union Pacific's Replies in Support of *Daubert* Motions Pertaining to Class Certification and Union Pacific Summary Judgment Issues (10 pages per expert)

- Union Pacific's Responses to Plaintiffs' *Daubert* Motions Pertaining to Class Certification and Plaintiffs' Summary Judgment Issues (10 pages per expert)

*September 11, 2025* [Four weeks after August 14, 2025 deadline]:

- Plaintiffs' Replies in Support of Plaintiffs' *Daubert* Motions Pertaining to Class Certification and Plaintiffs' Summary Judgment Issues (10 pages per expert)

- Plaintiffs' Responses to Union Pacific's *Daubert* Motions Pertaining to Plaintiffs' Summary Judgment Issues

*October 9, 2025* [Four weeks after September 11, 2025 deadline]:

- Union Pacific's Replies in Support of *Daubert* Motions Pertaining to Plaintiffs' Summary Judgment Issues (10 pages per expert)

*November or December 2025*: Pretrial Conference (at the Court's convenience)

3

| | |
|---|---|
| Dated: December 12, 2024 | Respectfully submitted, |
| DAVID FLEURY and ALVIN TURNER | UNION PACIFIC RAILROAD COMPANY |
| */s/ Tom Hanson (with consent)* <br> One of Plaintiffs' Attorneys | */s/ Johanna Spellman* <br> One of Its Attorneys |
| Evan M. Meyers <br> David L. Gerbie <br> Brendan Duffner <br> Joseph M. Dunklin <br> MCGUIRE LAW, P.C. <br> 55 W. Wacker Drive, 9th Floor <br> Chicago, IL 60601 <br> Tel: (312) 893-7002 <br> emeyers@mcgpc.com <br> dgerbie@mcgpc.com <br> bduffner@mcgpc.com <br> jdunklin@mcgpc.com <br><br> Jon Loevy <br> Michael I. Kanovitz <br> Tom Hanson <br> LOEVY & LOEVY <br> 311 N. Aberdeen St., 3rd Floor <br> Chicago, Illinois 60607 <br> Tel: (312) 243-5900 <br> jon@loevy.com <br> mike@loevy.com <br> hanson@loevy.com | Sean M. Berkowitz (Illinois Bar No. 6209701) <br>   sean.berkowitz@lw.com <br> Gary S. Feinerman (Illinois Bar No. 6206906) <br>   gary.feinerman@lw.com <br> Johanna Spellman (Illinois Bar No. 6293851) <br>   johanna.spellman@lw.com <br> Kathryn A. Running (Illinois Bar No. 6330369) <br>   kathryn.running@lw.com <br> Latham & Watkins, LLP <br> 330 N. Wabash Ave., Suite 2800 <br> Chicago, IL 60611 <br> Telephone: (312) 876-7700 <br> Facsimile: (312) 993-9767 <br><br> Michael H. Rubin (*pro hac vice*) <br>   michael.rubin@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> Telephone: (415) 391-0600 <br> Facsimile: (415) 395-8095 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

*/s/ Johanna Spellman*
Johanna Spellman