IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID FLEURY and ALVIN TURNER individually and on behalf of a class of similarly situated individuals, | |
| Plaintiffs, | Case No. 20-cv-390 |
| v. | District Judge LaShonda A. Hunt |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, | Magistrate Judge Jeffrey Cole |
| Defendant. | |

**AMENDED JOINT STATUS REPORT**

With the hope of facilitating discussion at the December 19 hearing (Dkt. 308), Plaintiffs David Fleury and Alvin Turner and Defendant Union Pacific Railroad Company ("Union Pacific") respectfully and jointly file this amended joint status report regarding proposed next steps in the case.

1. The parties filed a joint status report on December 12, 2024 (Dkt. 307), which set out a proposed briefing schedule for class certification, summary judgment, and *Daubert* motions. On December 13, the Court set a status conference to discuss an alternative proposal, including because "[t]he Court is not inclined to allow the excessive oversized briefs that are proposed, let alone ten months to complete briefing in a nearly five-year old case." Dkt. 308.

2. Undersigned counsel for the parties met and conferred on an alternative proposal for next steps via videoconference on December 17, and continued to correspond by email through the date of this filing to address the Court's order. The parties were unable to reach agreement on

1

how best to address the concerns raised in the Court's December 13, 2024 Minute Entry, and accordingly set forth their respective positions as follows:

I.     **PLAINTIFFS' ALTERNATIVE PROPOSAL**

    3. Plaintiffs' proposal is as follows:

| Date | Filing | Page limit |
|---|---|---|
| January 2, 2025 | Motion for Class Certification | 30 |
| February 6, 2025 | Response to Motion for Class Certification (35 days) | 30 |
| February 27, 2025 | Reply in support of Class Certification (21 days) | 15 |
| March 27, 2025 | Motions for Summary Judgment | 30 |
| May 22, 2025 | Responses to Motions for Summary Judgment (56 days) | 30 |
| June 19, 2025 | Replies in support of Summary Judgment (28 days) | 15 |
| July 17, 2025 | *Daubert* Motions<br><br>Note – the parties anticipate *Daubert* motions relating to some experts may be filed in conjunction with class certification or summary judgment. Regardless of when filed, responses will be due 21 days after filing and replies due 14 days thereafter, so that *Daubert* motions are fully briefed by August 21, 2025. | Per expert:<br><br>Motion - 10<br>Response – 10<br>Reply – 5 |
| September-October, 2025 | Pretrial conference | |

II.     **UNION PACIFIC'S ALTERNATIVE PROPOSAL**

    11. Union Pacific's proposed schedule is as follows:

| Revised Proposed Deadline | Revised List of Filings |
|---|---|
| January 2, 2025 | • Plaintiffs' Class Certification Motion (30 pages) |
| March 13, 2025 [ten weeks after January 2] | • Union Pacific's Class Certification Opposition (30 pages) |

2

| | |
|---|---|
| | • Parties' Summary Judgment Motions (40 pages) |
| May 1, 2025 [seven weeks after March 13] | • Plaintiffs' Class Certification Reply (15 pages)<br>• Parties' Summary Judgment Oppositions (40 pages) |
| June 5, 2025 [five weeks after May 1] | • Parties' Summary Judgment Replies (20 pages) |
| When pertinent to class certification or summary judgment motion, response, or reply; 28 days for *Daubert* responses, 21 days for replies | • *Daubert* Motions Pertaining to Summary Judgment or Class Certification |
| July 2, 2025 motions; July 30, 2025 responses; August 13, 2025 replies [motions four weeks after June 5] | • *Daubert* Motions Not Pertinent to Summary Judgment or Class Certification |
| At the Court's convenience | • Pretrial Conference |

| | |
|---|---|
| Dated:  December 19, 2024 | Respectfully submitted, |
| DAVID FLEURY and ALVIN TURNER | UNION PACIFIC RAILROAD COMPANY |
| */s/ Tom Hanson (with consent)* <br> One of Plaintiffs' Attorneys | */s/ Johanna Spellman* <br> One of Its Attorneys |
| Evan M. Meyers <br> David L. Gerbie <br> Brendan Duffner <br> Joseph M. Dunklin <br> MCGUIRE LAW, P.C. <br> 55 W. Wacker Drive, 9th Floor <br> Chicago, IL  60601 <br> Tel: (312) 893-7002 <br> emeyers@mcgpc.com <br> dgerbie@mcgpc.com <br> bduffner@mcgpc.com <br> jdunklin@mcgpc.com <br><br> Jon Loevy <br> Michael I. Kanovitz <br> Tom Hanson <br> LOEVY & LOEVY <br> 311 N. Aberdeen St., 3rd Floor <br> Chicago, Illinois 60607 <br> Tel: (312) 243-5900 <br> jon@loevy.com <br> mike@loevy.com <br> hanson@loevy.com | Sean M. Berkowitz (Illinois Bar No. 6209701) <br>   sean.berkowitz@lw.com <br> Gary S. Feinerman (Illinois Bar No. 6206906) <br>   gary.feinerman@lw.com <br> Johanna Spellman (Illinois Bar No. 6293851) <br>   johanna.spellman@lw.com <br> Kathryn A. Running (Illinois Bar No. 6330369) <br>   kathryn.running@lw.com <br> Latham & Watkins, LLP <br> 330 N. Wabash Ave., Suite 2800 <br> Chicago, IL 60611 <br> Telephone:  (312) 876-7700 <br> Facsimile:  (312) 993-9767 <br><br> Michael H. Rubin (*pro hac vice*) <br>   michael.rubin@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> Telephone:  (415) 391-0600 <br> Facsimile:  (415) 395-8095 |

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 19, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

*/s/ Johanna Spellman*
Johanna Spellman
