# Exhibit CC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID FLEURY and ALVIN TURNER individually and on behalf of similarly situated individuals, | |
| *Plaintiffs*, | No. 20-cv-00390 |
| v. | Honorable LaShonda A. Hunt |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation | Magistrate Jeffrey Cole |
| *Defendant*. | |

## DECLARATION OF DAVID L. GERBIE

I, David L. Gerbie, hereby aver, pursuant to 28 U.S.C. § 1746, that I have personal knowledge of all matters set forth herein unless otherwise indicated and would testify thereto if called as a witness in this matter.

1. I am an adult over the age of 18 and a resident of the state of Illinois. I am a partner at the law firm McGuire Law, P.C. ("McGuire Law") I am licensed to practice law in the state of Illinois and the Northern District of Illinois. I am one of the attorneys representing Plaintiffs David Fleury and Alvin Turner in this matter. I am fully competent to make this Declaration and do so in support of Plaintiffs' Motion and Memorandum in Support of Class Certification (the "Motion").

2. Attached to the Motion as <u>Exhibit A</u>: Remprex, LLC's accepted Proposal to Union Pacific for the auto-gate system ("AGS") at issue in this case, which includes confidential nonpublic information. This document was produced in discovery by Defendant, marked "Confidential," and is bates labeled UP-00000487-519.

3. Attached to the Motion as <u>Exhibit B:</u> Relevant excerpts from the transcript of the January 11, 2024 deposition of Union Pacific representative Terry Brown, whose testimony refers to documents and other information Defendant has designated as "Confidential."

4. Attached to the Motion as <u>Exhibit C:</u> Relevant excerpts from the transcript of the October 25, 2023 deposition of Nascent Technology, LLC corporate representative Lynda Parillo, whose testimony refers to documents and other information Defendant has designated as "Confidential."

5. Attached to the Motion as <u>Exhibit D:</u> Relevant excerpts from the transcript of the February 13, 2024 deposition of HID Global Corporation corporate representative Vito Fabbrizio, whose testimony refers to documents and other information Defendant has designated as "Confidential."

6. Attached to the Motion as <u>Exhibit E:</u> Relevant excerpts from the transcript of the January 18, 2024 deposition of Union Pacific employee Matthew Wafer, whose testimony refers to documents and other information Defendant has designated as "Confidential."

7. Attached to the Motion as <u>Exhibit F:</u> Relevant excerpts from the transcript of the July 21, 2023 deposition of Plaintiff David Fleury which relates to his registration with Defendant's Auto Gate Systems and refers to documents and other information Defendant has designated as "Confidential."

8. Attached to the Motion as <u>Exhibit G:</u> Relevant excerpts from the transcript of the January 4, 2024 deposition of Plaintiff Alvin Turner, whose testimony refers to documents and other information Defendant has designated as "Confidential."

9. Attached to the Motion as <u>Exhibit H:</u> Relevant excerpts from an AGS reference manual showing workers how to register drivers' biometrics at Defendant's Auto Gate facilities, which includes confidential nonpublic information. This document was produced in discovery by Defendant, marked "Confidential," and bates labeled UP-00000222-301.

10. Attached to the Motion as <u>Exhibit I:</u> Relevant excerpts of an AGS process slideshow produced by Defendant, and which includes confidential nonpublic information. This document was produced in discovery by Defendant, marked "Confidential," and bates labeled UP-00199151-307.

11. Attached to the Motion as <u>Exhibit J:</u> Relevant excerpts from a Driver Registration Guide which includes confidential nonpublic information related to the biometric registration process. This document was produced in discovery by Defendant, marked "Confidential," and bates labeled UP-00000307.

12. Attached to the Motion as <u>Exhibit K:</u> Relevant excerpts from the transcript of the April 16, 2024 deposition of Terry Brown, whose testimony refers to documents and other information Defendant has designated as "Confidential."

13. Attached to the Motion as <u>Exhibit L:</u> Relevant excerpts from an Intermodal Policy Manual produced by Defendant, which includes confidential nonpublic information. This document was produced in discovery by Defendant, marked "Confidential," and bates labeled UP-00234428-609.

14. Attached to the Motion as <u>Exhibit M:</u> Emails between Remprex employees discussing access to biometric data and which includes confidential nonpublic information.

This document was produced in discovery by Defendant's service provider Remprex, marked "Confidential," and bates labeled REMPREX00003193-94.

15. Attached to the Motion as <u>Exhibit N:</u> Relevant excerpts from a document produced by Defendant regarding biometric centralization, and which includes confidential nonpublic information. This document was produced in discovery by Defendant, marked "Confidential," and bates labeled UP-00000528-530.

16. Attached to the Motion as <u>Exhibit O:</u> Relevant excerpts from the transcript of the January 31, 2024 deposition of Defendant's corporate representative Katrina King-Lopes, whose testimony refers to documents and other information Defendant has designated as "Confidential."

17. Attached to the Motion as <u>Exhibit P:</u> Relevant excerpts from the transcript of the April 15, 2024 Deposition of Jeremy Hayden, a Senior Systems Engineer for Defendant whose testimony refers to documents and other information Defendant has designated as "Confidential."

18. Attached to the Motion as <u>Exhibit Q:</u> Relevant excerpts from the transcript of the October 25, 2024 deposition of Defendant's Expert William Choi, whose testimony refers to documents and other information Defendant has designated as "Confidential."

19. Attached to the Motion as <u>Exhibit R:</u> The Expert Report of Plaintiffs' Expert Joseph Caruso, of Global Digital Forensics related to Defendant's collection and storage of biometrics, and which refers to documents and other information Defendant has designated as "Confidential" and includes confidential nonpublic information including images of Plaintiffs' fingerprints which were obtained by Defendant in Illinois.

4

20. Attached to the Motion as <u>Exhibit S</u>: Relevant excerpts from the transcript of the November 5, 2024 deposition of Plaintiffs' expert Joseph Caruso, whose testimony refers to documents and other information Defendant has designated as "Confidential."

21. Attached to the Motion as <u>Exhibit T</u>: Supplemental Report of Plaintiffs' Expert Joseph Caruso, which refers to documents and other information Defendant has designated as "Confidential."

22. Attached to the Motion as <u>Exhibit U</u>: Defendant's Responses to Plaintiff David Fleury's Second Set of Interrogatories.

23. Attached to the Motion as <u>Exhibit V</u>: Rebuttal Expert report of Defendant's Expert William Choi, which Defendant has designated as "Confidential."

24. Attached to the Motion as <u>Exhibit W</u>: A contract between Defendant and Nascent Technology, LLC, a provider of components and services for Defendant's Auto Gate Systems, which includes confidential nonpublic information. This document was produced in discovery by Remprex, marked "Confidential," and bates labeled REMPREX00003792-3803.

25. Attached to the Motion as <u>Exhibit X</u>: A contract between Defendant and Remprex, LLC for purchase and services associated with Defendant's Illinois Auto Gate Systems, which includes confidential nonpublic information. This document was produced in discovery by Remprex, marked "Confidential," and bates labeled REMPREX00003708-3788.

26. Attached to the Motion as <u>Exhibit Y</u>: Relevant excerpts from the transcript of the February 1, 2024 deposition of Defendant's corporate representative Katrina King-

Lopes, whose testimony refers to documents and other information Defendant has designated as "Confidential."

27. Attached to the Motion as <u>Exhibit Z:</u> Relevant excerpts from a document produced by Defendant related to Defendant's storage of biometrics, and which includes confidential nonpublic information. This document was produced in discovery by Defendant, marked "Confidential," and bates labeled UP-00015379.

28. Attached to the Motion as <u>Exhibit AA:</u> Relevant excerpts from the transcript of the May 8, 2024 Deposition of Lance Fritz, CEO of Union Pacific, whose testimony refers to documents and other information Defendant has designated as "Confidential."

29. Attached to the Motion as <u>Exhibit BB:</u> Relevant excerpts from the transcript of the June 20, 2023 Deposition of Jeremy Hayden, a Senior Systems Engineer for Defendant whose testimony includes refers to documents and other information Defendant has designated as "Confidential."

30. In September 2023, pursuant to Judge Cole's July 14, 2023 Order (Dkt. 174) granting Plaintiffs' Motion to Compel in part, Defendant produced data tables from three Microsoft SQL Server databases in discovery consisting of information stored at three of Defendant's four Illinois facilities. These databases contained information gathered from Defendant's Automated Gate Systems ("AGS") and included information sufficient to identify truck drivers who visited such facilities. Such information includes their first and last name, address, driver's license number, a photograph of the individual, a scan of their driver's license, the date of biometric capture/registration, and their biometric identifiers and/or biometric information. This information was provided to Plaintiffs' expert.

6

31. The McGuire Law attorneys representing Plaintiffs are well-suited to represent the putative Class in this matter. Pursuant to the Motion, McGuire Law attorneys Myles McGuire, Evan M. Meyers, Brendan Duffner, and I are seeking to be appointed Class Counsel alongside the attorneys from Loevy & Loevy identified in the Declaration of Thomas M. Hanson, which is attached as Exhibit DD to the Motion.

32. I have been lead counsel in this litigation since its filing in 2019 and the other attorneys at McGuire Law and I have diligently investigated the facts and claims in this matter over thousands of hours and will continue to diligently investigate and prosecute this matter. In conjunction with the attorneys at Loevy & Loevy, the attorneys at McGuire Law, P.C. and I have briefed and argued Defendant's initial Motion to dismiss, propounded several rounds of written discovery, taken many depositions of Defendant, its employees and its third-party technology providers, defended Plaintiffs' depositions, reviewed tens of thousands of pages of documents during discovery, briefed and argued several motions to compel, briefed Defendant's Motion to Dismiss and Strike, and conducted extensive expert discovery including engaging two experts, assisting with the preparation of their reports and defending their depositions, and deposing Defendant's _**ten**_ experts. McGuire Law has also dedicated substantial resources to this matter and will continue to do so. McGuire Law has the financial resources necessary to fully prosecute this action through trial and to provide the necessary and appropriate notice to the Class and Subclass members should such Classes be certified. Attached hereto as Exhibit 1 is McGuire Law, P.C.'s firm resume.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Deerfield, Illinois on January 2, 2025

/s/*David L. Gerbie*

7

# Exhibit 1

# MCGUIRE LAW, P.C. FIRM RESUME

MCGUIRE LAW, P.C. is a plaintiffs' class action and commercial litigation firm in Chicago, Illinois. Our attorneys have been recognized as leaders in these fields by state attorneys general, legislatures, national media groups, the courts, and our peers. MCGUIRE LAW, P.C. attorneys have served as lead counsel in many high-profile class action lawsuits, including mobile content class actions against major cellular telephone carriers and their subcontractors, class actions against auto manufacturers, data privacy actions, home equity credit reduction cases against major banks and other financial institutions, consumer product labeling matters, and numerous biometric privacy cases, including the first ever biometric privacy settlement involving workers, among many others. Our attorneys have had important and successful involvement in lawsuits involving the Flint Water Crisis and have also served as co-lead counsel before the U.S. Supreme Court in a cases of importance to class action jurisprudence nationwide. *See Campbell-Ewald Co. v. Jose Gomez*, 136 S. Ct. 663 (2016). We have been asked to submit testimony to Members of Congress on issues related to class actions and have repeatedly worked with federal and state regulatory agencies involving matters at issue in our cases. Our attorneys are frequently invited to appear on local and national television and radio programs and to speak to the press and others about our cases and about consumer protection and class action issues more generally.

## CLASS ACTION EXPERIENCE

MCGUIRE LAW, P.C. is a leader in plaintiffs' class and mass action litigation, with a particular emphasis on class actions involving emerging technologies and consumer privacy. As has been recognized by state and federal courts, attorneys at our firm have extensive experience in complex class action litigation and are well-respected among the plaintiffs' class action bar. We have several sub-groups within our class action practice group:

***Technology & Communication Class Actions***: McGuire attorneys have established key precedents in a variety of consumer protection statutes applied to emerging technologies, such as the Telephone Consumer Protection Act ("TCPA"), resulting in the settlement of a multitude of nationwide class actions involving both cellular and landline telephony, including against corporate leaders such as Verizon, AT&T, Wells Fargo, and many others, and collectively worth over one hundred million dollars.

**Representative Settlements:**

- *Murray v. Bill Me Later, Inc.*, No. 12-cv-04789 (N.D. Ill.): Co-lead counsel in class action brought on behalf of consumers for deceptive debt collection calls placed in violation of the TCPA. Resulted in class settlement for $10 million.
- *Valladares v. Blackboard Connect, Inc*. No. 16-CH-06482 (Ill. Cir. Ct. Cook Cnty.): Lead counsel in $7.5 million TCPA class action settlement.
- *Hooker v. Sirius XM Radio, Inc*., No. 13-cv-00003 (E.D. Va.): Co-lead counsel in $35 million deceptive marketing calls class action settlement.

- *Vergara v. Uber Technologies, Inc.,* No. 15-cv-06942 (N.D. Ill.): Co-lead counsel in $20 million TCPA class action settlement.
- *Drazen v. Godaddy.com, LLC*, No. 19-cv-00563 (S.D. Ala.): Co-lead counsel in $35 million TCPA class action settlement.
- *Truong v. Peak Campus Management, LLC*, No. 16-CH-09735 (Ill. Cir. Ct. Cook Cnty.): Co-lead counsel in $7 million TCPA class action settlement.
- *Kovach v. Compass Bank, N.A.*, No. 18-cv-09734 (Cir. Ct. Jefferson Cnty. Ala.): Lead counsel in $7 million TCPA class action settlement.
- *Garcia v. Target Corporation*, No. 16-cv-09734 (D. Minn.): Co-lead counsel in $7 million unlawful debt collection class action settlement.
- *Oliver v. The Mens Wearhouse, Inc.* No. 16-cv-00110 (C.D. Cal.): Lead counsel in $2 million TCPA class action settlement.
- *Manouchehouri v. Styles For Less, Inc.,* No. 15-cv-01234 (S.D. Cal.): Co-lead counsel in $4 million TCPA class action settlement.
- *Prather v. Wells Fargo Bank, N.A.*, No. 17-cv-00481 (N.D. Ill.): Co-lead counsel in $18 million TCPA class action settlement**.**
- *Seal v. RCN Telecom Servs., LLC*, 16-CH-07073 (Ill. Cir. Ct. Cook Cnty.): Member of litigation team that obtained $6 TCPA million class settlement.
- *Dunn v. Wells Fargo Bank, N.A.,* No. 17-cv-00481 (N.D. Ill.): Co-Lead counsel in $17.85 million TCPA class action settlement.

**Banking Class Actions**: McGuire attorneys were at the forefront of class action litigation in the aftermath of the economic collapse in 2008 and the federal bailouts of the banks, including nationwide class actions based on claims that some of the largest national banks unlawfully suspended home equity lines of credit lines and failed to honor loan modification programs.

   **Representative Settlements:**

- *Hamilton v. Wells Fargo Bank, N.A.*, 09-cv-04512 (N.D. Cal.): Lead Counsel in class actions challenging Wells Fargo's suspensions of home equity lines of credit. Nationwide settlement restored access to over $1 billion in credit and provided industry leading service enhancements and injunctive relief.
- *In re JP Morgan Chase Bank Home Equity Line of Credit Litigation*, 10-cv-3647 (N.D. Ill): Court appointed interim co-lead counsel in nationwide class action alleging illegal suspensions of home equity credit lines. Resulted in a class settlement providing for the reinstatement of more than $2 billion in consumer credit.
- *Levin v. Citibank, N.A.*, C-09-0350 (N.D. Cal.): Court appointed interim co-lead counsel in nationwide class action alleging illegal suspensions of home equity credit lines. Resulted in class settlement providing hundreds of millions of dollars in consumer credit.

**Biometric Privacy Litigation**: MCGUIRE LAW is a national leader in litigation brought under the Biometric Information Privacy Act, 740 ILCS 14/ *et seq.* ("BIPA") and particularly the distinct

2

subset of BIPA employment litigation. Since the surge in BIPA litigation in 2017, McGuire attorneys have been appointed class counsel in more finally-approved BIPA class action settlements than any other law firm in the nation. McGuire attorneys also prosecuted the first ever BIPA case to go to trial, which resulted in a verdict for the plaintiff class. *Rogers v. BNSF Railway Co.,* No. 19-cv-03083 (N.D. Ill.)

**Representative Settlements:**

- *Zhirovetskiy v. Zayo Group, LLC,* 17-CH-09323 (Ill. Cir. Ct. Cook Cnty.): Lead counsel in $1 million worker biometric privacy class action settlement.
- *Zepeda v. Intercontinental Hotels Group, Inc.*, 18-CH-02140 (Ill. Cir. Ct. Cook Cnty.): Appointed class counsel in first-ever worker class settlement under the Illinois Biometric Information Privacy Act. Recovered then-record amount of $500 per class member.
- *Marshall v. Life Time Fitness, Inc.*, 17-CH-14262 (Ill. Cir. Ct. Cook Cnty.): Lead counsel in $1.7 million biometric privacy class action settlement.
- *Prelipceanu v. Jumio Corp.,* 18-CH-15883 (Ill. Cir. Ct. Cook Cnty.): Lead counsel in $7 million biometric privacy class action settlement.
- *Rogers v. CSX Intermodal Terminals, Inc.* (Ill. Cir. Ct. Cook Cnty.); Lead counsel in $5.25 million biometric privacy class action settlement.
- *Bernal v. ADP, LLC,* 17-CH-12364 (Ill. Cir. Ct. Cook Cnty.): Co-lead counsel in $25 million biometric privacy class action settlement.
- *Jackson v. UKG, Inc.,* 2020L31 (Ill. Cir. Ct. McLean Cnty.,): Lead counsel in $3.36 million biometric privacy class action settlement.
- *Salkauskaite v. Sephora USA, Inc.*, 18-CH-14379 (Ill. Cir. Ct. Cook Cnty.): Lead counsel in $1.25 million biometric privacy class action settlement.
- *Williams v. Swissport USA, Inc.*, 19-CH-00973 (Ill. Cir. Ct. Cook Cnty.): Lead/Co-lead counsel in $2.3 million biometric privacy class action settlement.
- *Roberts v. Paychex, Inc.*, 19-CH-00205 (Ill. Cir. Ct. Cook Cnty.): Lead/Co-lead counsel in $3.37 million biometric privacy class action settlement.
- *Rogers v. Illinois Central Railroad Company,* 19-CH-05129 (Ill. Cir. Ct. Cook Cnty.): Lead counsel in $3.8 million biometric privacy class action settlement.
- *Rogers v. BNSF Railway Co.,* No. 19-cv-03083 (N.D. Ill.): Lead/Co-lead counsel in $75 million biometric privacy class action settlement.
- *Dzananovic, et al. v. Badoo Trading Limited, et al.,* No. 2021-L-307 (Cir. Ct. Winnebago Cnty.): Co-lead counsel in $40 million biometric privacy class action settlement.

**General Consumer Protection Class Actions**: MCGUIRE LAW has successfully prosecuted class action suits against automotive manufacturers, technology companies, retail chains, and other businesses on behalf of consumers.

3

**Representative Settlements:**

- *Nelson v. Nissan North America, Inc.,* No. 17-cv-01140 (M.D. Tenn.): Lead counsel in defective paint class action settlement.
- *Farag v. Kiip, Inc.,* No. 18-CH-31842 (Ill. Cir. Ct. Cook Cnty.): Lead counsel in unlawful smart phone tracking class action settlement.
- *In re: Valsartan Products Liability Litigation*, MDL No. 19-2875 (D.N.J.): Appointed to Plaintiffs' Steering Committee in multidistrict defective pharmaceutical litigation.
- *Farag v. Kiip, Inc.,* No. 18-CH-31842 (Ill. Cir. Ct. Cook Cnty.): Lead counsel in unlawful smart phone tracking class action settlement.
- *Sheeley v. Wilson Sporting Goods, Inc.*, No. 18-CH-04470 (Ill. Cir. Ct. Cook Cnty.): Lead counsel in defective baseball equipment class action settlement.
- *Pearlstone v. Wal-Mart Stores, Inc.*, No. 17-cv-02856 (E.D. Mo.): Lead counsel in $5 million class action settlement involving unlawful refund policies
- *Burdette-Miller v. Williams & Fudge, Inc.*, No. 2016-M6-000470 (Ill. Cir. Ct. Cook Cnty.): Lead counsel in $1.5 million class action settlement involving unlawful and fraudulent debt collection practices.
- *Zanca v. Epic Games, Inc.*, No. 21-CVS-534 (Sup. Ct. Wake Cnty. N.C.): Lead counsel in $26.5 million settlement involving deceptive video game content sales.

*<u>Employment Class Actions</u>:* MCGUIRE LAW attorneys have also obtained favorable settlements on behalf of employees subject to wage theft and abusive corporate polices.

**Representative Settlements:**

- *Fongers v. CareerBuilder, LLC*, No. 2019-CH-12804 (Ill. Cir. Ct. Cook Cnty.): Lead counsel $3.78 million class action settlement involving unlawful wage and commission policies.
- *Komorski v. PolmaxLogistics, LLC*, No. 21-CH-01601 (Ill. Cir. Ct. Cook Cnty.): Lead counsel in $1.5 million employee misclassification class action.

**OUR ATTORNEYS**

**MYLES MCGUIRE** is Managing Partner of MCGUIRE LAW. He has been recognized as a leader in class actions and technology law by his peers and courts around the country. Myles has been appointed lead counsel in numerous state and federal class actions resulting in hundreds of millions of dollars for his clients. He is regularly asked to weigh in on state and federal legislation involving his cases. An experienced litigation and appellate attorney, Myles has litigated class actions that have established precedent concerning the legality of converting cellular telephones into credit cards, the applicability of consumer protection statutes to internet businesses, and the interpretation of numerous other state and federal statutes including the Telephone Consumer Protection Act. He has successfully prosecuted numerous claims on behalf of his clients in trial and appellate courts at both the state and federal levels throughout the country involving consumer fraud, unfair competition,

invasion of privacy, false advertising and breach of contract, among others.

Myles' practice includes the prosecution of nationwide and regional litigation, including multidistrict and putative class action litigation, and on appeals arising out of such litigation including in the U.S. Supreme Court where he served as lead counsel in a matter of fundamental importance for class action jurisprudence nationwide.

Myles has settled numerous class actions and has served as class counsel to many groundbreaking settlements in state and federal courts. As lead counsel, he has also secured settlements in cases of first impression involving Facebook, AT&T and Interpublic among many others, collectively worth hundreds of millions of dollars.

Myles has been asked by members of Congress to comment on proposed legislation involving the telecommunications industry and has provided testimony on related matters to state regulatory bodies including the California Public Utilities Commission (CPUC) and the Office of the Attorney General of the State of Florida, among others. He has repeatedly been recognized as an Illinois Super Lawyer.

Myles also represents clients in the technology and consumer product industries in a variety of commercial disputes, including intellectual property and employment matters. Myles also advises companies and non-profits on legal compliance and legislative issues in addition to handling many types of complex litigation.

Myles has been admitted to practice in many state and federal courts throughout the country and is a member of the bars of the Illinois Supreme Court, Wisconsin Supreme Court and U.S. Supreme Court.

Myles is a graduate of Marquette University and Marquette University Law School.

**EVAN M. MEYERS** is a Partner at MCGUIRE LAW. Evan is an experienced trial and appellate litigator who has handled all aspects of the litigation process – from pleadings through trial – for a broad range of complex litigation matters, including product manufacturing defects, healthcare technology, telecommunications, environmental, consumer fraud, and business torts.

Evan has extensive experience with consumer protection class action litigation, including matters involving technology; he has served as a lead attorney in scores of consumer class actions that have recovered hundreds of millions of dollars in damages for consumers across the nation; and has been appointed class counsel in over a dozen class actions involving the Telephone Consumer Protection Act.

Evan serves as proposed class counsel in dozens of BIPA class actions and has been appointed class counsel in several BIPA class action settlements, resulting in millions of dollars of relief for thousands of Illinois workers. *See, e.g.*, *Zhirovetskiy v. Zayo Group, LLC,* 17-CH-09323 (Cir. Ct. Cook Cnty., Ill.); *Svagdis v. Alro Steel Corp.,* 17-CH-12566

5

(Cir. Ct. Cook Cnty., Ill.); *Marshall v. Life Time Fitness, Inc.*, 17-CH-14262 (Cir. Ct. Cook Cnty., Ill.); *Zepeda v. Intercontinental Hotels Group, Inc.*, 18-CH-2140 (Cir. Ct. Cook Cnty., Ill.).

Evan has led litigation against major financial institutions in the wake of the financial crash of 2008. As co-lead counsel, Evan secured settlements with Citibank, Chase and Wells Fargo, among others, restoring hundreds of millions of dollars in credit lines to consumers. An accomplished oral advocate, Evan has successfully argued before multiple trial and appellate courts, including the Ninth Circuit Court of Appeals in the seminal class action case of *Gomez v. Campbell-Ewald Co.*, 768 F.3d 871 (9th Cir. 2014), where he secured reversal of summary judgment prior to grant of a petition for writ of certiorari by the U.S. Supreme Court.

Prior to joining MCGUIRE LAW, Evan was a litigation associate at the national law firm Drinker Biddle & Reath LLP, where he represented a wide range of clients including Fortune 500 companies and municipalities. Additionally, Evan served as a judicial extern for the Hon. Wayne R. Andersen (Ret.) of the U.S. District Court for the Northern District of Illinois. Evan has been admitted to practice in numerous courts including the U.S. Supreme Court, Ninth Circuit Courtof Appeals, the Northern District of Illinois, and the Illinois Supreme Court.

Evan received his J.D., *cum laude*, from the University of Illinois College of Law and his B.A., with distinction, from the University of Michigan.

**EUGENE Y. TURIN** is a Partner at MCGUIRE LAW. Eugene concentrates his practice on consumer class action litigation as well as civil and commercial litigation. Eugene currently prosecutes class action litigation ongoing in federal district courts across multiple states including California, Minnesota, Indiana and Nevada as well as handling appellate work before the Ninth Circuit Court of Appeals and the Seventh Circuit Court of Appeals. Eugene has been appointed class counsel by numerous federal and state courts across the country, including by the Central District of California (*Oliver v. The Men's Wearhouse*, No. 16-cv-01100 (2019)), District of Minnesota (*Garcia v. Target Corporation*, No. 16-cv-02574 (2019)), Northern District of Illinois (*see, e.g., Zeidel v. A&M (2015) LLC*, No. 13-cv-6989 (2018)), and the Circuit Court of Cook County (*see, e.g., Valladares v. Blackboard, Inc, et al.*, No. 2016-CH-06482 (2017)).

Eugene has been admitted to practice in several courts, including the Ninth Circuit Court of Appeals, the Seventh Circuit Court of Appeals, and the Northern District of Illinois. Eugene received his J.D., *magna cum laude*, from the Loyola University School of Law, where he also received his certificate in trial advocacy and was a member of the Loyola Law Journal and the ABA National Moot Court team. Eugene received his B.A., *summa cum laude*, from Loyola University Chicago.

**PAUL T. GESKE** is a Partner at MCGUIRE LAW. Paul's practice consists of prosecuting consumer class action litigation in Illinois and throughout the country. In his practice, he primarily represents plaintiffs in consumer class actions and multi-state, complex litigation. He has served as class counsel on behalf of statewide and nationwide classes in a variety of matters, including cases involving emerging technology, privacy issues, consumer fraud, product liability, and product mislabeling claims.

Paul has significant federal appellate experience and routinely handles cases involving matters of first impression and issues of national significance. For example, he was a member of the litigation team that obtained a 6-3 victory before the U.S. Supreme Court in *Campbell-Ewald Co. v. Gomez*, 136 S. Ct. 663 (2016), resulting in a precedent-setting decision regarding the doctrine of mootness in class actions.

Recently, Paul successfully briefed and argued an appeal before the Sixth Circuit Court of Appeals in *Guertin et al. v. Michigan et al.*, 912 F.3d 907 (6th Cir. 2019) reh'g en banc denied, 924 F.3d 309, one of the lead cases in the Flint Water Crisis litigation. *Guertin* was the first Flint Water Crisis case to successfully state a claim for violation of the substantive due process right to bodily integrity.

Paul has served as lead counsel or class counsel in numerous successful class actions, such as *Vergara et al. v. Uber Techs., Inc.*, 15-cv-6942 (N.D. Ill.), where he was appointed co-lead counsel to represent three nationwide classes asserting TCPA claims against Uber, culminating in a $20 million nationwide settlement. Paul also recently obtained favorable settlements on behalf of classes of consumers in *Sheeley v. Wilson Sporting Goods, Co.*, 18-CH-04770 (Cir. Ct. Cook Cnty., Ill*.), Flahive v. Inventurus Knowledge Solutions, Inc.*, 17-CH-07570 (Cir. Ct. Cook Cnty., Ill.), and *Valladares v. Blackboard, Inc.*, 16 CH 06482 (Cir. Ct. Cook Cnty., Ill.), among many others. He has also been appointed to the Plaintiffs Steering Committee in the defective pharmaceutical class action *In re: Valsartan Products Liability Litigation*, MDL No. 19-2875 (D. N.J.).

Paul is an avid writer and he frequently writes articles for legal journals and publications: *Avoiding Pick-Off Moves in Class Actions*, Illinois Bar Journal (September 2017); *Class Actions Back from the Brink: The Future of Mootness and "Pick-Offs" in Class Action Litigation Following Campbell-Ewald Co. v. Gomez*, JURIST.org (March 14, 2016); O*ppress Me No More: Amending the Illinois LLC Act to Provide Additional Remedies for Oppressed Minority Members*, 90 Chi-Kent L. Rev. 185 (2015); *Seventh Circuit Holds that Bankruptcy Trustee's "Strong-Arm" Powers are Not Strong Enough for the IRS*, 10 Seventh Circuit Rev. 1 (2014).

Paul graduated *cum laude* and with distinction from the University of Illinois at Chicago, where he received his B.A. in Political Science with a minor in Economics. He received his J.D., *magna cum laude*, from the Chicago-Kent College of Law, where he was also inducted into the Order of the Coif. During law school, Paul was an executive articles editor of the Chicago-Kent Law Review, an editor for the Seventh Circuit Review, and a judicial extern to the Honorable James R. Epstein (ret.) of the Illinois Appellate Court, First District.

7

**DAVID L. GERBIE** is a Partner at MCGUIRE LAW whose practice is focused on civil, commercial, and data privacy class action litigation. David is admitted to practice in Illinois, Wisconsin, the Northern District of Illinois and the Seventh Circuit.

David represents the interests of Illinois residents and workers in dozens of BIPA class actions. David has been appointed class counsel in several BIPA class action settlements, including the first-ever BIPA settlement involving an employer's use of biometric timekeeping devices. *See Zepeda v. Intercontinental Hotels Group, Inc.*, 18-CH-2140 (Cir. Ct. Cook Cnty., Ill.). Through such cases David has been appointed to represent the interests of thousands of employees whose biometrics were obtained in violation of BIPA. *See Marshall v. Life Time Fitness, Inc*., 17-CH- 14262 (Cir. Ct. Cook Cnty., Ill.)

David continues to litigate many BIPA and data breach class actions, as well as cases involving defective products and false advertising. David has served as a guest speaker on biometric privacy on several prestigious panels, including at The Sedona Conference and at the American Bar Association.

David received his J.D. from the University of Wisconsin Law School and received his B.A. from Northern Illinois University.

**WILLIAM P. KINGSTON** is an Associate at MCGUIRE LAW. William concentrates his practice in consumer class action and data privacy litigation, including biometric privacy litigation. William is admitted to practice law in Illinois and before the U.S. District Court for the Northern District of Illinois. William has been appointed as class counsel in multiple BIPA class action settlements.

Prior to joining MCGUIRE LAW, William advocated for underserved populations while working in a Fair Housing Clinic in Chicago, fighting against racial and income-based discrimination in housing. In furtherance of his public interest efforts, William organized a community outreach program for union members in Chicago as a member of an affiliate of the AFL-CIO.

William received his J.D. from the John Marshall Law School and received his B.A. from Dalhousie University.

**ANDREW T. HELDUT** is an Associate at MCGUIRE LAW where he concentrates his practice on consumer protection matters. Andrew assists in the prosecution of several consumer class action lawsuits and is admitted to practice law in Illinois and in the Northern District of Illinois.

Prior to joining MCGUIRE LAW, Andrew served as an assistant to various aldermanic and presidential campaigns in Chicago and also interned at the office of U.S. Senator Richard

8

J. Durbin (D-Ill.)

Andrew received his J.D. from the John Marshall Law School and his B.A. from the University of Strathclyde (U.K.) where he founded student organizations focused on achieving economic development in Africa including Ghana. Andrew is a member of American Bar Association and the Chicago Bar Association.

**BRENDAN DUFFNER** is an Associate at MCGUIRE LAW where he concentrates his practice on biometric privacy and consumer protection matters. Brendan has experience as the lead attorney of several privacy lawsuits and is admitted to practice law in Illinois and in the Northern District of Illinois. Brendan has been appointed class counsel by numerous Illinois state and federal courts in connection with class action settlements.

Brendan joined MCGUIRE LAW in 2017 and has contributed to numerous of the firm's BIPA settlements as well as its ongoing BIPA litigation. Brendan received his J.D. from Saint Louis University School of Law, where he served a member of the Entrepreneurship and Community Development Clinic, assisting small business owners in entity formation and trademark prosecutions, later earning academic excellence in the area of Trademark and Unfair Competition.

Brendan received his B.A. in economics from the University of Wisconsin-Madison and is a member of Illinois State Bar Association and the Chicago Bar Association.

**COLIN P. BUSCARINI** is an Associate at MCGUIRE LAW where he concentrates his practice on consumer protection matters. Colin assists in the prosecution of several consumer class action lawsuits and is admitted to practice law in the state of Illinois.
Prior to joining MCGUIRE LAW, Colin served as a licensed mediator of the Circuit Court of Cook County and as a member of the civil litigation department of a midwestern law firm. Colin received his J.D. from UIC John Marshall Law School.
Colin received his B.A. from the University of South Dakota and is a member of Illinois State Bar Association.

**CHANDNE JAWANDA** is an Associate at MCGUIRE LAW where she concentrates her practice on consumer protection matters.

Prior to joining MCGUIRE LAW, Chandne served as a teaching assistant at the University of Illinois Chicago School of Law and as a member of the Student Bar Association, Consumer Law Clinic and the Moot Court Board. Chandne received her J.D. from the University of Illinois Chicago School of Law where she was a member of the Dean's List.

Chandne received her B.A. from the University of Arkansas and is a member of Illinois and Chicago State Bar Associations.

9

**JORDAN R. FRYSINGER** is an Associate at MCGUIRE LAW where he concentrates his practice on consumer protection matters.

Prior to joining MCGUIRE LAW, Jordan assisted with litigation defense for firms located in New York and Massachusetts. Jordan received his J.D., *cum laude,* from Loyola University Chicago School of Law where he served as a member of Mediation and Advocacy Clinic representing multiple clients during EEOC and IDHR employment disputes.
Jordan received B.A. from the University of Idaho and is a member of the Illinois State Bar Association.

**JOSEPH M. DUNKLIN** is an Associate at MCGUIRE LAW where he concentrates his practice on class action and complex litigation related to data privacy and other consumer protection matters. Much of his practice is informed by professional experience in the fields of supply chain management and consumer data analytics.

Prior to joining MCGUIRE LAW, Joseph assisted with appellate matters for the Louisiana Capital Assistance Center, participated in Land of Lincoln Legal Aid's expungement summits, and interned within the United States House of Representatives.

Joseph received his J.D. from the University of Illinois College of Law, where he served as an editor of the University of Illinois Law Review. Joseph received his B.B.A. in International Business from Loyola University Chicago. Joseph is a California native and a member of the Illinois State Bar Association.

**AIDAN KINGSFORD** Aidan Kingsford is an associate attorney at MCGUIRE LAW where he concentrates his practice on data privacy and other consumer protection matters.

Prior to joining MCGUIRE LAW, Aidan clerked for the Illinois Attorney General and served as a judicial extern for the Honorable Matthew D. Lee at the Champaign County Circuit Court

Aidan received his J.D. from the University of Illinois College of Law and his B.A. from the University of California, Berkeley. Prior to law school, Aidan worked in journalism, commercial banking, and the wine industry in his native Napa Valley. He is a member of the Illinois State Bar Association.