**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID FLEURY and ALVIN TURNER, individually and on behalf of a class of similarly situated individuals,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>                Defendant. | Case No. 20-cv-390<br><br>District Judge LaShonda A. Hunt<br><br>Magistrate Judge Jeffrey Cole |

## <u>DECLARATION OF JOHANNA SPELLMAN</u>

I, Johanna Spellman, declare as follows:

1.      I am an attorney with the law firm of Latham & Watkins LLP.  I represent Union Pacific Railroad Company ("Union Pacific") in the above-captioned matter.  I submit this declaration in support of Union Pacific's Motion for Summary Judgment.

2.      I am over the age of eighteen and have knowledge of the facts stated in this declaration based on my personal knowledge.  If called upon to testify, I could and would testify consistently herewith.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Complaint in *Miranda v. Pexco, LLC*, No. 2021 CH-02127 (Ill. Cir. Ct.), as filed with the Circuit Court of Cook County, Illinois, Chancery Division, on April 30, 2021.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the August 23, 2023 Transcript of Proceedings in *Miranda v. Pexco, LLC*, No. 2021 CH-02127 (Ill. Cir. Ct.), as filed with the Circuit Court of Cook County, Illinois, Chancery Division, on September 11, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2025 in Dallas, Texas.

Signed by:

Johanna Spellman

A5DFA889488B41A...

_____

Johanna Spellman