**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID FLEURY and ALVIN TURNER, individually and on behalf of a class of similarly situated individuals, )<br>)<br>)<br>) | |
| ) | Case No. 20-cv-00390 |
| *Plaintiffs*, ) | |
| ) | Hon. LaShonda A. Hunt |
| v. ) | |
| ) | Magistrate Jeffrey Cole |
| UNION PACIFIC RAILROAD ) | |
| COMPANY, a Delaware Corporation, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs David Fleury and Alvin Turner ("Plaintiffs"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 56, and for their Motion for Partial Summary Judgment, hereby state as follows:

1. Pursuant to Fed. R. Civ. P. 56, and as stated more fully in Plaintiffs' Memorandum of Law filed contemporaneously herewith, Plaintiffs move for partial summary judgment and seek entry of an order holding: (1) the Composite Fingerprint Images and Fingerprint Templates Union Pacific collected (or otherwise obtained), stored, retained, possessed, and disclosed constitute biometric identifiers and biometric information under BIPA; (2) Union Pacific collected the Class Members' biometrics prior to gaining their informed written consent; (3) Union Pacific came into possession of the Policy Subclass Members' biometrics prior enacting a publicly-available BIPA policy; (4) Union Pacific retained the Illegal Retention Subclass Members' Fingerprint Images after the initial purpose for collecting such images had been satisfied; (5) Union Pacific disclosed the Class Members' biometrics to other entities without obtaining the Class Members' consent to

do so; (6) Defendant has collected or otherwise obtained at least 207,901 instances of BIPA protected biometrics without written consent (Section 15(b)), disseminated the same 207,901 instances of biometrics to third parties without consent (Section 15(d)), and retained 101,637 instances of biometrics after the initial purpose for their collection had been satisfied (Section 15(a)); and (7) for anything further that the Court deems appropriate and just.

Dated: March 13, 2025

Respectfully submitted,

RICHARD ROGERS, individually and on behalf of classes of similarly situated individuals

By: /s/  *Brendan Duffner*
One of Plaintiffs' Attorneys

Evan M. Meyers
David L. Gerbie
Brendan Duffner
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Tel: (312) 893-7002
Fax: (312) 275-7895
emeyers@mcgpc.com
dgerbie@mcgpc.com
bduffner@mcgpc.com

Jon Loevy
Michael I. Kanovitz
Tom Hanson
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
Tel: (312) 243-5900
jon@loevy.com
mike@loevy.com
hanson@loevy.com

*Attorneys for Plaintiffs and the putative Class and Subclass*

**CERTIFICATE OF SERVICE**

I certify that on March 13, 2025, I filed the foregoing *Plaintiffs' Motion for Partial Summary Judgment* via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to all counsel of record:

/s/     *Brendan Duffner*