**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID FLEURY, individually and on behalf of similarly situated individuals, | ) ) ) |
| Plaintiff, | ) ) Case No. 20-cv-00390 |
| v. | ) ) Hon. LaShonda A. Hunt |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | ) ) Magistrate Judge Jeffrey Cole ) |
| Defendant. | ) ) |

**UNION PACIFIC RAILROAD COMPANY'S RULE 26(a)(2) DISCLOSURES**

Defendant, Union Pacific Railroad Company ("Union Pacific"), submits these Supplemental Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) and states:

The following people may testify at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

1. **Zetron Harvey**. Mr. Harvey is a Senior Manager of Intermodal Operations at Union Pacific. Mr. Harvey is expected to provide testimony regarding his experience overseeing operations at Union Pacific's intermodal facilities in Illinois.

    Specifically, given his role at Union Pacific, Mr. Harvey is expected to testify regarding communications with carriers and drayage drivers regarding shipments through Union Pacific's intermodal facilities; carrier satisfaction; drayage driver satisfaction; how the effectiveness of operations at the facilities, including gate operations, are evaluated; the impact of implementation of the AGS system involving the Lumidigm sensor (the "AGS System") on operations at the facilities; safety and security concerns at the intermodal facilities; and the impact of the AGS System on safety and security at the facilities.

Mr. Harvey is expected to opine that at an intermodal facility, efficiency of operations, including gate operations, is an important metric by which the facilities and those who work there are measured. He is also expected to opine that the implementation of the AGS System improved the efficiency of operations at the facilities, including at the in-gate and the flow of freight through the facilities. He is expected to testify that as a result, the AGS System contributed to carrier satisfaction and drayage driver satisfaction. He is also expected to opine that there were minimal driver complaints regarding the AGS System prior to the Covid-19 pandemic. He is also expected to opine that the implementation of the AGS System improved safety and security at the facility.

2. **Catherine Tucker, Ph.D.** Dr. Tucker is the *Sloan Distinguished Professor of Management* and a Professor of Marketing at MIT Sloan. The written report prepared by Dr. Tucker is attached hereto as Exhibit **A**, is incorporated herein by this reference, and is served on Plaintiffs concurrently herewith.

3. **Scott Swann.** Mr. Swann is the Owner and Founder of AIOFarm LLC, which offers consulting services to science and technology projects in the artificial intelligence and biometric technologies industries, and CEO and Board Member for Rank One Computing, an artificial intelligence company specializing in computer vision. The written report prepared by Mr. Swann is attached hereto as Exhibit **B**, is incorporated herein by this reference, and is served on Plaintiffs concurrently herewith.

4. **Michael French.** Mr. French is the Automated Biometric Identification Systems (ABIS) Consultant Project Manager for the Commonwealth of Massachusetts Executive Office of Public Safety and Security and the Principal ABIS Consultant for Applied Forensic Services

LLC. The written report prepared by Mr. French is attached hereto as Exhibit **C**, is incorporated herein by this reference, and is served on Plaintiffs concurrently herewith.

5. **Adriene Brooks Bailey.** Ms. Bailey is a Partner at Oliver Wyman. The written report prepared by Ms. Bailey is attached hereto as Exhibit **D**, is incorporated herein by this reference, and is served on Plaintiffs concurrently herewith.

6. **Thomas Farmer.** Mr. Farmer is the Founder and Principal of Warning Track Consulting, LLC, a consulting firm specializing in risk management in critical infrastructure sectors. The written report prepared by Mr. Farmer is attached hereto as Exhibit **E**, is incorporated herein by this reference, and is served on Plaintiffs concurrently herewith.

7. **John M. Scheib**. Mr. Scheib is a partner in the Commercial Practice Group at Gentry Locke Attorneys and a member of Gentry Locke Consulting. The written report prepared by Mr. Scheib is attached hereto as Exhibit **F**, is incorporated herein by this reference, and is served on Plaintiffs concurrently herewith.

Dated: June 14, 2024

Respectfully submitted,

**DEFENDANT UNION PACIFIC RAILROAD COMPANY**

By: */s/ Johanna Spellman*
Johanna Spellman, One of the Attorneys for Defendant Union Pacific Railroad Company

Sean M. Berkowitz (Illinois Bar No. 6209701)
  sean.berkowitz@lw.com
Gary Feinerman (Illinois Bar No. 6206906)
  gary.feinerman@lw.com
Johanna Spellman (Illinois Bar No. 6293851)
  johanna.spellman@lw.com
Kathryn A. Running (Illinois Bar No. 6330369)
  kathryn.running@lw.com

LATHAM & WATKINS LLP

330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

## **CERTIFICATE OF SERVICE**

      I, Johanna Spellman, hereby certify that I caused a copy of Union Pacific's Rule 26(a)(2) Disclosures to be served on all counsel of record by email on June 14, 2024.

Dated: June 14, 2024             */s/ Johanna Spellman*
                                          Johanna Spellman, One of the Attorneys for Defendant Union Pacific Railroad Company

                                            Johanna Spellman (Illinois Bar No. 6293851)
                                            LATHAM & WATKINS LLP
                                            330 North Wabash Avenue, Suite 2800
                                            Chicago, Illinois 60611
                                            Telephone: (312) 876-7700
                                            Facsimile: (312) 993-9767
                                            Email: johanna.spellman@lw.com