

266278

Text Message • SMS
Wed, May 21 at 4:44 PM

Hi, it's Xfinity Assistant. We're notifying you of upcoming planned maintenance in your area scheduled for 05/22, affecting service at

Work should occur overnight, and during this time, you may experience interruptions to all of your services. We apologize for any inconvenience and appreciate your patience.

Txt help or stop Msg&DataRatesMayAp‐ply

The sender is not in your contact list.

Text Message • SMS