# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

David Fluery, et al.

                                              Plaintiff,

v.                                                                  Case No.: 1:20–cv–00390

                                                                                     Honorable LaShonda A. Hunt

Union Pacific Railroad Company

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2025:

       MINUTE entry before the Honorable LaShonda A. Hunt: In−person motion hearing held. Discussion held about the expectations of the Court with respect to civility, professionalism, and compliance with all procedures and rules. For the reasons stated on the record, Plaintiff's unopposed motion for reconsideration and for leave to extend deadline to file response to Defendant's motion for summary judgment [368] is granted. By agreement, the deadline for all remaining briefs is extended to 7/10/25. **That is firm and final**. By 7/24/25, counsel must provide one (1) courtesy copy of all relevant filings to Room 1428. Please review and comply with the policies governing courtesy copies which can be found on Judge Hunt's webpage on the court website. Sealed filings must be placed in a separate envelope or binder. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.