IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DABID FLEURY and ALVIN TURNER individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>*Defendant*. | Case No. 20-cv-00390<br><br>Hon. LaShonda A. Hunt |

## PLAINTIFFS' *UNOPPOSED* MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY

Pursuant to the Court's Case Procedures relating to citations of supplemental authority, Plaintiffs David Fleury and Alvin Turner ("Plaintiffs"), by and through their counsel of record, hereby seek leave to submit two recent orders issued following the close of the briefing identified below. As grounds, Plaintiffs state as follows:

1. The first Order is *Tapia-Rendon v. Workeasy Software, LLC,* No. 2021-cv-3400 Dkt. 354 (N.D. Ill. Aug. 8, 2025), issued by Judge Matthew F. Kennelly.[1] The *Tapia-Rendon* Order considers whether information alleged to be subject to the Illinois Biometric Information Privacy Act constitutes "biometric information" under the statute. 740 ILCS 14/*et seq.* Such inquiry is pending in this case through Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment (Dkts. 335, 328).

---

[1] A copy of Judge Kennelly's Order in *Tapia-Rendon* is attached hereto as Exhibit A.

2.	The second Order, *McGivney v. Its Techs. & Logistics, LLC*, 2025 IL App (1st) No. 1-24-1961 (June 24, 2025) is from the Appellate Court of Illinois, First District.[2] The *McGivney* Order addresses damages in a BIPA class certification context. Such inquiry is pending in this case through Defendant's Response to Plaintiffs' Motion for Class Certification (Dkt. 325).

3.	On August 14 and 15, 2025, Plaintiffs' counsel conferred with Defendant's counsel regarding the relief sought by this Motion, and Defendant's counsel stated that Defendant is unopposed.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to submit the attached supplemental authority and for such other and further relief the Court deems reasonable and just.

Dated: August 15, 2025                                        Respectfully submitted,

                                                              DAVID FLEURY AND ALVIN TURNER,
                                                              individually and on behalf of similarly
                                                              situated individuals

                                                              By:    /s/    *Brendan Duffner*
                                                                     *One of Plaintiffs' Attorneys*

Myles McGuire
Evan M. Meyers
David L. Gerbie
Brendan Duffner
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
mmcguire@mcgpc.com
emeyers@mcgpc.com
dgerbie@mcgpc.com
bduffner@mcgpc.com

Jon Loevy
Michael I. Kanovitz

---

[2] A copy of the *McGivney* Order is attached hereto as Exhibit B.

Tom Hanson
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
Tel: (312) 243-5900
jon@loevy.com
mike@loevy.com
hanson@loevy.com

*Counsel for Plaintiffs and the Putative Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 15, 2025, I caused the foregoing *Plaintiffs' Unopposed Motion for Leave to Cite Additional Authority* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/     *Brendan Duffner*